# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **MICHAEL DONALDSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 3:18CV00097 |
| **TRAE FUELS, LLC., et al.** | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Jackson S. Nichols on behalf of Defendants, Trae Fuels, LLC and EnviroTech Services, Inc.

Date: November 12, 2018

By:  */s/ Jackson S. Nichols*
Jackson S. Nichols, Esq.
(VA Bar # 87225)
jnichols@cohenseglias.com
Cohen, Seglias, Pallas, Greenhall
 & Furman, P.C.
1828 L Street, NW, Suite 705
Washington, DC 20036
Phone: (202) 466-4110
Fax: (202) 466-2693
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on November 12, 2018, I filed a copy of the foregoing with the Court, which will electronically serve all counsel of record who have entered an appearance in this case.

                                                           */s/ Jackson S. Nichols*
                                                           Jackson S. Nichols