IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

_____
                                    )
                                    )
**MICHAEL DONALDSON,**              )
                                    )
   **Plaintiff,**                  )
                                    )
      v.                        )   Case No.: 3:18CV00097
                                    )
**TRAE FUELS, LLC., et al.**        )
                                    )
   **Defendants.**                  )
                                    )
_____)

**ORDER GRANTING *PRO HAC VICE* ADMISSION
TO LARS H. LIEBELE, ESQUIRE**

Upon this ____th day of November 2018, came the Defendants, by counsel, upon consideration of the Motion for the *Pro Hac Vice* Admission of Lars H. Liebeler, Esquire, it is hereby

ORDERED and DECREED that said Motion is GRANTED and that Lars H. Liebeler, Esquire, is admitted for the conduct of the above-captioned action.

IT IS FURTHER ORDERED that Mr. Liebeler may appear at hearings and/or trial without the presence of local counsel.

 

_____
United States District Judge