CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 6 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| MICHAEL DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) |
| Defendants. | ) |

## ORDER GRANTING ENLARGEMENT OF TIME

Upon this 16th day of November 2018, came the Defendants, by counsel, upon consideration of the Consent Motion To Enlarge Time Within Which Defendants May File Responsive Pleading.

On consideration of the Motion, it is hereby

ORDERED and DECREED that said Motion is GRANTED and that Defendants shall file a responsive pleading on or before November 28, 2018.

_____
Senior United States District Judge