IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

11/16/2018

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

MICHAEL DONALDSON, )
)
Plaintiff, )
)
v. ) Case No.: 3:18CV00097
)
TRAE FUELS, LLC., et al. )
)
Defendants. )
)

## ORDER GRANTING *PRO HAC VICE* ADMISSION

Upon this 16th day of November 2018, came the Defendants, by counsel, upon consideration of the Motion for the *Pro Hac Vice* Admission of Lars H. Liebeler, Esquire, it is hereby

ORDERED and DECREED that said Motion is GRANTED and that Lars H. Liebeler, Esquire, is admitted for the conduct of the above-captioned action.

IT IS FURTHER ORDERED that Mr. Liebeler may appear at hearings and/or trial without the presence of local counsel.

Senior United States District Judge