IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon this ____th day of January 2019, came the Defendants, by counsel, upon consideration of the Motion to Dismiss the Complaint pursuant to Fed. R Civ. P. 12(b)(6).

On consideration of the Motion, the Brief in Support, and the Opposition, it is hereby

ORDERED and DECREED that said Motion is GRANTED and that Complaint is DISMISSED without leave to amend.

The case is closed.

_____
United States District Judge