# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **MICHAEL DONALDSON** | Action No:   3:18CV00097 |
| | Date:   01/30/2019 |
| vs. | Judge:   Hon. Glen Conrad |
| | Court Reporter:   Mary Butenschoen |
| **TRAE FUELS LLC et al** | Deputy Clerk:   Susan Moody |

Plaintiff Attorney(s)          Defendant Attorney(s)
Jack Jarrett, Esq.              Lars Liebeler, Esq.
                                Jackson Nichols, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:          DEFENDANT:
N/A                             N/A

PROCEEDINGS:
All parties present by counsel for telephonic oral argument on Motion to Dismiss For Failure to State a Claim– docketed at #12

Oral Argument/Rebuttal/Comments by Court – Order to follow in near future

Time in Court:   11:00-11:40 am, 40 mins.