CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 21 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Seagle
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:18CV00097 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TRAE-FUELS, LLC, et al., | ) By: Hon. Glen E. Conrad |
| | ) Senior United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendants' motion to dismiss (Dkt. No. 12) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

DATED: This 21st day of May, 2019.

_/s/ Glen E. Conrad_
Senior United States District Judge