# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| **MICHAEL DONALDSON,** ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 3:18CV00097 |
| **TRAE FUELS, LLC., et al.** ) | |
| Defendants. ) | |

**CONSENT MOTION TO AMEND SCHEDULING AND BRIEFING DEADLINES**

COMES NOW Plaintiff Michael Donaldson, with the consent of Defendants Trae Fuels, LLC and EnviroTech Services, Inc., and moves to amend the scheduling order to extend the discovery deadline to October 30, 2019 for the limited purpose of 30(b)(6) depositions of both Defendants and to modify the briefing deadlines for summary judgment as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Motion for Summary Judgment | October 31, 2019 | No change |
| Opposition to Summary Judgment | November 14, 2019 | 12pm November 11, 2019 |
| Reply in Support of Summary Judgment | November 21, 2019 | 5pm November 15, 2019 |

There is good cause for this motion. With respect to the depositions, Plaintiff timely noticed the depositions for October 18, 2019, but the unavailability of the best corporate designee for the depositions prevented the parties from taking the deposition between October 18 and October 25, 2019, the current close of discovery. With respect to the modifications to the briefing deadlines, the parties learned that Judge Conrad was unavailable for a hearing the week of

November 25, 2019, so the parties agreed to a condensed briefing schedule to permit an earlier hearing on the motion.  Plaintiff and Defendant have contacted court personnel and expect to schedule a hearing on summary judgment on November 21 or 22, 2019 in Roanoke.

Defendants consent to this motion.

>Respectfully submitted,
>
>MICHAEL DONALDSON
>
>ALAN LESCHT AND ASSOCIATES, PC
>
>By:  /s/Jack Jarrett_____
>Jack Jarrett (VSB #86176)
>Alan Lescht and Associates
>1825 K St., N.W., Suite 750
>Washington, DC 20006
>(202) 463-6036 (phone)
>(202) 463-6067 (fax)
>jack.jarrett@leschtlaw.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I filed the foregoing with the Court's CM/ECF system which will automatically serve a copy on counsel of record for Defendants.

Jackson S. Nichols, Esq.
Cohen Seglias Greenhall Pallas & Furman PC
1828 L. Street, N.W.
Suite 705
Washington, D.C. 20036
(202) 466-4110
JNichols@CohenSeglias.com

Lars H. Liebeler, Esq. *(admitted pro hac vice)*
Lars Liebeler PC
1828 L. Street, N.W.
Suite 705
Washington, D.C. 20036
(202) 587-4747
LLiebeler@LHL-LawFirm.com

                    Respectfully Submitted,

                    /s/Jack Jarrett
                Jack Jarrett (VSB #86176