# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| MICHAEL DONALDSON, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:18CV00097 ) |
| TRAE FUELS, LLC., et al. | ) ) |
| Defendants. | ) ) ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion to Amend the Scheduling Deadlines, and good cause appearing therefor, it is hereby ORDERED that the motion is GRANTED.

Entered this _____ day of _____, 2019

By: _____