# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **MICHAEL DONALDSON,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| **TRAE FUELS, LLC., et al.** | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Amend the Scheduling Deadlines, and good cause appearing therefor, it is hereby ORDERED that the motion is GRANTED.

Entered this 26th day of October, 2019

*/s/ Glen E. Conrad*

*Senior United States District Judge*