IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| MICHAEL DONALDSON, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendants Trae Fuels, LLC and EnviroTech Services, Inc. hereby move for summary judgment. There are no material facts in dispute and Defendants are entitled to judgment as a matter of law on Count 1 for "Denial of Reasonable Accommodations – ADA" and on Count 2 for Discrimination on the Basis of Disability – ADA."

For good cause shown and for the reasons more fully set forth in the accompanying brief in support of the motion, the motion should be granted.

Dated: October 31, 2019.

Respectfully submitted,

/s/ Jackson S. Nichols
_____
Jackson S. Nichols, Esq.
(VSB # 87225)
Cohen Seglias Greenhall Pallas & Furman PC
1828 L. Street, N.W.
Suite 705
Washington, D.C.  20036
(202) 466-4110
JNichols@CohenSeglias.com


   --and—


 /s/ Lars H. Liebeler
 _____

Lars H. Liebeler, Esq. *(admitted pro hac vice)*
Lars Liebeler PC
1828 L. Street, N.W.
Suite 705
Washington, D.C. 20036
(202) 774-1510
LLiebeler@LHL-LawFirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have on October 31, 2019 served all the parties in this case with this **Motion for Summary Judgment** in accordance with the notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

/s/ Lars H. Liebeler
_____
Lars H. Liebeler, Esq.