IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| MICHAEL DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) |
| Defendants. | ) |

**[PROPOSED ORDER]**

Defendant Trae Fuels, LLC and Defendant EnviroTech Services, Inc. have moved for summary judgment pursuant to Fed. R. Civ. P. 56(c). The Court finds that there are no material facts in dispute and the Defendants are entitled to judgment as a matter of law. The motion is hereby GRANTED as to Counts 1 and 2 of Plaintiff's Complaint.

SO ORDERED this ____ day of _____.

_____
U.S. District Judge