IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:18CV00097 |
| ) | |
| TRAE FUELS, LLC., et al. ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 1

| | |
|---|---|
| To: | Michael Donaldson[mdonaldson@traefuels.com]; Kevin Whyrick[kwhyrick@envirotechservices.com] |
| Cc: | John Frink[Jfrink@traefuels.com] |
| From: | Beth Aleman |
| Sent: | 2014-01-31T11:46:49-05:00 |
| Importance: | Normal |
| Subject: | Re: New Hire Thomas Smith |
| Received: | 2014-01-31T11:46:49-05:00 |

We need to get things back to the original processes out there. We will talk about this when I visit, but until then I am not entering any more employees until their paperwork is completed and organized. I am giving hours trying to complete new employee enrollment in paycor that should be a 30 minute process. You can no longer tell me when I show up for work on Friday that you started a new employee today and he needs everything including insurance by midnight on Sunday. **If he was to start today, I should have all of the paperwork this past Monday.**
*At this time the employee cannot begin work today, as he is not even covered by workers comp. He will have to start Tuesday at the minimum if the paperwork is organized and turned in.*

Beth


On Fri, Jan 31, 2014 at 8:39 AM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

> Hi Beth,
> I actually did not know that he was hired or starting today. Not sure if he can get all the paperwork filled out in time.


On Fri, Jan 31, 2014 at 10:06 AM, Beth Aleman <baleman@envirotechservices.com> wrote:

> Since, you made the decision to bring him on the last day of the month and offer him benefits, I am to have all that paperwork in by noon today to get it all submitted to Shirazi Benefits for processing.
> Beth


On Fri, Jan 31, 2014 at 6:59 AM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

> Beth,
> Thomas Smith start date is today 1/31/2014. I have scanned all the paperwork to you. He also has all the benefits information and will bring those items in on Monday. I told him that since he was hired today (last day of the month) he is technically eligible for coverage on 2/1/2014.

I will need him set up in Paycor and issued a time-clock card. The next card that I have available is 06313612. That is the last card that we set aside, I have more cards, but we will have to take a look at them and block off numbers.

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

**To:** Michael Donaldson[mdonaldson@traefuels.com]
**From:** Beth Aleman
**Sent:** 2014-01-31T13:25:52-05:00
**Importance:** Normal
**Subject:** Re: Kyle Kirks Medical form
**Received:** 2014-01-31T13:25:52-05:00

We will work on the process when I am there as this is not currently working.  You have too much going on, and Fran can handle some of this as she did fine the first months we were hiring.  The paperwork is showing up in random multiple scans with duplicates and pages missing.  I received three scans that printed over 45 pages on Michael Smith and it made no sense as most of it was duplicates.  We will work on it.
Beth


On Fri, Jan 31, 2014 at 10:16 AM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

> Beth,
> You are most welcome.  Also, please feel free to communicate with me about items.  I know that sometimes you reach out to Fran about specific situations and she then relays it me.  I know the scanner is set up under "Fran's name, so you don't know who really is scanning what, it probably reads in your inbox "from Fran Holliday." We all use the same machine to scan the documents and even when I scan items to myself it says from Fran.
>
> I hope that you get some rest and have a very good weekend.


On Fri, Jan 31, 2014 at 12:08 PM, Beth Aleman <baleman@envirotechservices.com> wrote:

> Yes, I finally got the medical forms.
> Thank you.


On Fri, Jan 31, 2014 at 10:06 AM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

> Beth,
> I have scanned them over to you again.  Please confirm that you have them.

Thanks,

Mike


On Fri, Jan 31, 2014 at 11:37 AM, Beth Aleman <baleman@envirotechservices.com> wrote:

> Michael,
> All I received for Kyle's insurance paperwork was the vision and dental enrollment forms,  Shirazi benefits is waiting for the CIGNA page with all his information on it and which program he choose (PPO or HSA)  It is holding up his enrollment.


--
Beth Aleman PHR
Human Resources Generalist
*EnviroTech Services, Inc*
*910 54th Ave, Suite 230*
*Greeley, CO 80634*
970-346-3904

**To:** Fran Holliday[fholliday@traefuels.com]; Michael Donaldson[mdonaldson@traefuels.com]
**From:** Beth Aleman
**Sent:** 2014-01-31T12:55:48-05:00
**Importance:** Normal
**Subject:** Please stop and listen to me.
**Received:** 2014-01-31T12:55:48-05:00

Michael,
What ever happened or you think happened, didn't arrive here.  I do not have the medical form for CIGNA and I need it for KYLE KIRK.  I have his dental and his vision only. Please find the medical form and give it to Fran so she can scan it to me.

--
Beth Aleman PHR
Human Resources Generalist
*EnviroTech Services, Inc*
*910 54th Ave, Suite 230*
*Greeley, CO 80634*
*970-346-3904*

Website: www.envirotechservices.com
Twitter:

@envirotechsvcs
Facebook:

envirotechservices

TRAE-PROD0003640