IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| MICHAEL DONALDSON, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) ) ) |
| Defendants. | ) ) ) |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 5



**Flood and Peterson Insurance, Inc.**

7-17-14       Chris, Kevin, Beth
Re: Michael Donaldson

- Follow up w/ Michael during Chris's visit to Bumpass next week

- Lack of Accountability
  " " execution

- Lack of involvement in Financial accountability to investors, & presenting situation