IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| MICHAEL DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) |
| Defendants. | ) |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 6

**To:** Kevin Whyrick[kwhyrick@envirotechservices.com]
**From:** Beth Aleman
**Sent:** 2014-08-04T12:26:12-04:00
**Importance:** Normal
**Subject:** Fwd: Missed Deadline for Insurance Coverage
**Received:** 2014-08-04T12:26:12-04:00


---------- Forwarded message ----------
From: **Michael Donaldson** <mdonaldson@traefuels.com>
Date: Mon, Aug 4, 2014 at 8:24 AM
Subject: Re: Missed Deadline for Insurance Coverage
To: Beth Aleman <baleman@envirotechservices.com>
Cc: John Frink <Jfrink@traefuels.com>, Fran Holliday <fholliday@traefuels.com>


Beth:
The new hires that were brought on at the end of the month this past week were repeatedly told, both when they had the insurance options explained to them/when they started work and afterwards. They were told that they might did not have their paperwork in and signed up on Paycor that they would not be eligible until September. I informed them, to get us back to us the next day, as their was a possibility (not guaranteed) that their insurance might be effective by August 1, 2014.

This was reinforced several times to them by both Fran and I. So, the onerous is on the employees to get their paper work back, enter into Paycor, etc. after they discuss it with their families, etc.

The only way, I can think to try to alleviate this problem (not guaranteed) is not to bring employees on after a certain date of the month, maybe the 23rd (gives them a week to get back their forms,etc), but that might impair operational planning for management.

Thanks and have a great day!

Mike


On Mon, Aug 4, 2014 at 11:15 AM, Beth Aleman <baleman@envirotechservices.com> wrote:

> Morning,
> Once again we have missed the last day of the month for getting your new employees signed up for insurance. Singed paperwork is required for health, dental, and vision insurance. Carriers do not accept anything but the completed documents with signatures. What are you plans for correcting this? My last email on July 28th reminded you of the deadline.


--
Beth Aleman PHR
Human Resources Manager
*EnviroTech Services, Inc*
*910 54th Ave, Suite 230*
*Greeley, CO 80634*
*970-346-3904*

Website: www.envirotechservices.com
Twitter:

   @envirotechsvcs
Facebook:

TRAE-PROD0010200

envirotechservices

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com


--
Beth Aleman PHR
Human Resources Manager
*EnviroTech Services, Inc*
*910 54th Ave, Suite 230*
*Greeley, CO 80634*
*970-346-3904*

**Website:** www.envirotechservices.com
**Twitter:**

@envirotechsvcs
**Facebook:**


envirotechservices