IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON,<br><br>　Plaintiff,<br><br>　　v.<br><br>TRAE FUELS, LLC., et al.<br><br>　Defendants. | Case No.: 3:18CV00097 |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 8

**To:** Kevin Whyrick[kwhyrick@envirotechservices.com]
**From:** Michelle Mills
**Sent:** 2014-04-14T18:03:36-04:00
**Importance:** Normal
**Subject:** Fwd: March 2014IFS - Income Statement, Balance Sheet and G/L Journal Entries
**Received:** 2014-04-14T18:03:36-04:00

Kevin,
This is Mike's response.  I still think there has to be a better way to do this.  I understand John wants to approve the invoices before we pay them, but Mike could still enter the invoice in IFS in the correct month with the amount listed on the invoice.  If John disagrees with the amount, then Mike can cancel the invoice.  He is literally touching the same invoice 3 times.  And I cannot even guess how long it takes him to create the spreadsheet listing all the entries he has to do.  This one was over 300 lines long.

What do you think?  Maybe it is time for them to start using the PO side of IFS and creating PO's for items and having John approve those.  Then the invoice can be posted because the PO is already approved.  Some will not have a PO like the electric bill, but I doubt John ever approves a different amount to pay.  Can you really argue with the electric company?

I just think Mike is spending a lot of time doing things like this and there are probably better things he can be working on.


**Michelle Mills**

*Controller*


EnviroTech Services, Inc.
Phone: 970-346-3900 ext 112
Fax: 970-346-3959
Email: mmills@envirotechservices.com
*Positively Impacting People's Lives*




---------- Forwarded message ----------
From: **Michael Donaldson** <mdonaldson@traefuels.com>
Date: Mon, Apr 14, 2014 at 2:42 PM
Subject: Re: March 2014IFS - Income Statement, Balance Sheet and G/L Journal Entries
To: Michelle Mills <mmills@envirotechservices.com>


Michelle:
We can't enter the invoices until John approves and he is in Colorado.  Sometimes after he returns it may be 3 or 4 days before he looks at it.  That's the way he want's it. So, I accrue it, when he gets back it will be the 21st or so and we need to close before then.  So this is the best alternative at this time.  Not too difficult, but I have to work within the parameters of the system.

Thanks,

Mike


On Mon, Apr 14, 2014 at 4:38 PM, Michelle Mills <mmills@envirotechservices.com> wrote:
> Mike,
> I have looked at your journal entries and don't understand if you have the supplier invoice why are you doing an entry to post to the correct account only to reverse in April?  It seems like triple the work, if you can just post the invoice in March.  If March is still open, post the invoice and all is good.  You just need to change the voucher date and it will post to the correct month and then you don't have to do so many manual entries.  The less manual entries the better.

TRAE-PROD0006754

Also, line 335 to reclass the labor, make sure you choose the correct dept, you have 325 listed and that is a indirect labor. 300 is the direct labor. This will not show the correct amount if not changed.

Michelle Mills

*Controller*

EnviroTech Services, Inc.
Phone: 970-346-3900 ext 112
Fax: 970-346-3959
Email: mmills@envirotechservices.com
*Positively Impacting People's Lives*

On Mon, Apr 14, 2014 at 1:40 PM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

> Kevin and Michelle:
> Please find attached the March 2014 - IFS Income Statement, Balance Sheet and G/L Journal Entries for your perusal.
>
> Once you have reviewed and are satisfied, please let me know so that I can officially close March 2014 in GL in IFS. Also, since this is a quarter close, I'll have to export it to Excel and prepare the Financials for the Investors before April 30, 2014 and I would imagine the Investors Report will have to be prepared. I would like to dd this as soon as John returns back from Colorado, as last quarter we went down to the wire, which I'd rather be early then rush.
>
> Thanks,
>
> Mike
>
> --
> Michael A. Donaldson
> Controller
>
> Trae-Fuels
> 1376 Fredericks Hall Road
> Bumpass, VA 23024
> Office:  (540) 205-2440 Ext# 102
> Mobile: (540) 642-3858
> Fax:    (540) 205-2455
> E-mail: mdonaldson@traefuels.com

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858

Fax: (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0006756