IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) ) ) |
| Defendants. | ) ) ) |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 9

**To:** Kevin Whyrick[kwhyrick@envirotechservices.com]
**From:** Michelle Mills
**Sent:** 2014-07-16T18:58:30-04:00
**Importance:** Normal
**Subject:** Fwd: June 2014 - Financials
**Received:** 2014-07-16T18:58:30-04:00

Kevin,
We tried to help him and explain what needs to be done.  I found the shop order that he did incorrectly that was causing the balance in WIP and then asked Debby if he could fix it.  She told him how to fix it and I just asked her again.  Her response is below.  There is no reason for him to accrue this and then reverse it.  He is making this harder than it needs to be.  The shop order in question is not cancelled.  He needs to cancel the time reported and then cancel the shop order.

This is Debby's response to my email.
I just looked and nothing has been done yet.  Michael's comment to Kevin is incorrect.  Shop Order 19092 was not cancelled.  It was started with time reported but never completed.  Is it necessary to make an accrual for the $14K?  Once he cancels the time and then cancels the shop order, it should make the necessary entry to zero out the amount in WIP.  This would take place in July.


*Michelle Mills*

*Controller*


EnviroTech Services, Inc.
Phone: 970-346-3900 ext 112
Fax: 970-346-3959
Email: mmills@envirotechservices.com
*Positively Impacting People's Lives*




---------- Forwarded message ----------
From: **Michael Donaldson** <mdonaldson@traefuels.com>
Date: Wed, Jul 16, 2014 at 2:39 PM
Subject: Re: June 2014 - Financials
To: Kevin Whyrick <kwhyrick@envirotechservices.com>
Cc: Michelle Mills <mmills@envirotechservices.com>


Kevin,
Debby researched the WIP problem and it was due to Shop Order# 19092 being canceled, but the the time reported, prior to the cancellation.  In order to propose closing  the G/L and Financials for June 2014,  I'm asked the following question, but do you have any input.  I have to send the Financials to Yolanda at UMB, prepare a scorecard, June 2014 Quarterly Financials for the Investors, etc.  Please let me know.

Thanks,

Mike

Debby,
Thank you very much.

I'll go back to Shop Order 19092 and review it, just for following the trail for understand.

Michelle/Debby - Do we need to make some sort of reversal in the "reported time" in the shop system to move the dollars out of WIP, to flow through to the General Ledger in July 2014 (as of today 7/16/14), so the balance in WIP will be $0.00, or does a Accounting Journal entry need to be done, either as an accrual and reversal  to move the dollars out of WIP for June, which might correct itself in the shop system in July?

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0009590