IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| MICHAEL DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) |
| Defendants. | ) |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 10

Mike Donaldson Report

There have been examples of Mike not following the suggested process on how EnviroTech does things. He has his own way of thinking and doing things and when he asks for a suggestion and is given a suggestion, he comes back with a reason why he thinks he needs to do it his way.

The best example I have is him doing journal entries for AP invoices. He has the AP Invoice, but instead of putting the invoice in IFS, he will do a journal entry and then reclass the next month. This is a lot of extra steps that do not need to happen. I have talked to him numerous times on this and suggested that he talk to John on how the process in IFS works and that John would probably be okay with it. It look Kevin Whyrick talking to John when he was in VA to get this process changed. There seemed to be an unwillingness on Mike's part to let John know the process and to stress the importance of how the system works. Mike's job as the controller, is to make sure things are completed in the most efficient manner and make sure the procedures are being followed.

There have been times when I have seen some wrong postings and pointed them out and he has gotten short with his comments back and disagreed with the process. It seems like if he does not like my answer then he will go to someone else hoping to hear something different. He has done this several times with Gohar Wise and myself.

He does a lot of time card adjustments that he should not be doing. Instead of letting the employees know what the process is and that they are responsible for their time, he will just adjust their time for them instead of holding them accountable. Again, his comment is "I can't make them do it". There are other people who are in the Paycor system that could help him out with making sure employees are clocking in and out, but he never took the time to have those people help him out.

Payroll was an item that he should have taken over very quickly, but I did not let him have it because I felt he was not ready for it. He seemed overwhelmed with the things he had and to add payroll onto that, I felt would not have been a good idea. He started in Oct and I finally gave him payroll in March because I was going on vacation in April and he had to do it.

401K is another duty that he should have taken over the administration of, but again, I felt like he could not keep up with the items that need to be done.

I am not sure he has completed the credit card website process either. The system is new and he was supposed to set-up all the users and show them how to code their expenses so he can pay the invoice. I think he manually posts all the charges on a monthly basis.

Mike still does not add code parts or accounts in IFS even though we have showed him how to do it and that it is his responsibility. There is a lot of basic data set-up in IFS that has to be done and he should be doing most of it and currently we are doing that in the Greeley office. He should be more curious on how the system works and how to improve what they are doing. Instead he is more focused on how not to get in trouble and how not to be held accountable for his actions or processes that don't work correctly.

We see the same issues arise and it seems like he is not putting them together and identifying problems based on previous experiences. We then have to explain and it seems like a brand new concept to him each time. There is no correlation between the issues that arise. He should be able to identify the issue

and know there is a fix even if he does not know how to fix it. To me, it seems like he does not see the big picture and how all the pieces fit together. He is more concerned on the things that don't matter, then the big items he should be doing and reporting.

In my opinion, he is not performing as the controller of a company. He was hired to make decisions and take responsibility and I don't feel he is doing either of these. His time management skills are not what they need to be in order to perform all the duties required. This is a demanding position and you have to make decisions and enforce the rules.

Michelle Mills

Controller – EnviroTech Services, Inc.