IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON,<br><br>   Plaintiff,<br><br>   v.<br><br>TRAE FUELS, LLC., et al.<br><br>   Defendants. | Case No.: 3:18CV00097 |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 11

**To:** Beth Aleman[baleman@envirotechservices.com]
**Cc:** Kevin Whyrick[kwhyrick@envirotechservices.com]
**From:** Chris LaRocco
**Sent:** 2014-06-09T12:30:23-04:00
**Importance:** Normal
**Subject:** Re: Michael Meeting
**Received:** 2014-06-09T12:30:23-04:00

Beth: I agree with your notes and did send Michael and John the Scorecard, payroll analysis and cash flow spreadsheets thus morning.

On Jun 9, 2014 11:26 AM, "Beth Aleman" <baleman@envirotechservices.com> wrote:

> Attached is my write-up of the visit with M. Donaldson.
> Beth

On Mon, Jun 9, 2014 at 5:56 AM, Chris LaRocco <clarocco@envirotechservices.com> wrote:

> Beth:
>
> Is there a standard form that I need to complete for your file?

On Fri, Jun 6, 2014 at 5:05 PM, Kevin Whyrick <kwhyrick@envirotechservices.com> wrote:

> Hi Beth,
> I was thinking, and wanted to make sure that you and Chris document your meeting with Michael. I think that the corrective actions should also be documented should he not show improvement after the two weeks you gave him.

You have probably already done this, but I wanted to make sure should we have to perform a corrective action after the two weeks.

Thanks,

--
Kevin C. Whyrick
Vice President - Finance
EnviroTech Services, Inc.

910 54th Avenue, Suite 230
Greeley, CO 80634
Office: (970) 346-3900

**Confidentiality Notice:**
The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.


--
Respectfully;

Chris LaRocco
Corporate Strategist

*EnviroTech Services, Inc*
9663 Berrien St.
Suite 1
Union Pier Michigan, 49129

*Work: 970-346-3923*
*Ext: 407*
Cell: 773.875.2053
Fax: 269-645-5909
Web: www.envirotechservices.com

**Confidentiality Notice:**
The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.


--
Beth Aleman PHR
Human Resources Manager
*EnviroTech Services, Inc*
*910 54th Ave, Suite 230*
*Greeley, CO 80634*
*970-346-3904*

Website: www.envirotechservices.com
Twitter:

@envirotechsvcs
Facebook:


envirotechservices