IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:18CV00097 |
| ) | |
| TRAE FUELS, LLC., et al. ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 13

**To:** Kevin Whyrick[kwhyrick@envirotechservices.com]; Beth Aleman[baleman@envirotechservices.com]
**From:** Chris LaRocco
**Sent:** 2014-06-21T13:22:10-04:00
**Importance:** Normal
**Subject:** Michael Donaldson
**Received:** 2014-06-21T13:22:10-04:00

Kevin/Beth:

Just prior to my departure yesterday Michael pulled aside to voice his concern that he had never been informed of any performance issues by John and is therefore upset about the manner in which the recent review and probation periods where handed down.

I did not speak to his comments and informed him that he would have to address them with Beth.