# EXHIBIT 54

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DONALDSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) ) | |
| Defendants. | ) ) ) | |

## DEFENDANTS' OBJECTIONS AND RESPONSES TO
## PLAINTIFF'S INTERROGATORIES

Defendants TRAE-Fuels, LLC ("TRAE") and EnviroTech Services, Inc. ("ESI") hereby

sets forth their objections and responses to Plaintiff's first set of interrogatories.

### GENERAL OBJECTIONS

Defendants hereby interpose the following general objections to the interrogatories

served by Plaintiff.

A. Defendants object to any instruction, definition, or interrogatory that attempts to impose a

duty above and beyond the obligations set forth in Fed. R. Civ. P. 26 and 33.

B. Defendants object to any instruction, definition, or interrogatory that seeks information

protected by the attorney-client privilege, work product protection, or other applicable

privilege.

C. Defendants reserve the right to supplement and/or modify these responses to the extent

that further information is discovered at any time prior to trial in this matter.

## RESPONSES AND SPECIFIC OBJECTIONS

1.      Identify each person who contributed the facts set forth in your answers to these Interrogatories, identify which Interrogatory he/she contributed the facts for, and describe the facts contributed by each person.

**Response:** Defendants object on the grounds that this interrogatory calls for information protected by the work product protection. Undersigned legal counsel collected information necessary to respond to these interrogatories. Witnesses with discoverable information are identified below in response to No. 2.

2.      Identify each person who may have knowledge or information relevant to any of the allegations in the Complaint and/or your denials or defenses, and provide a summary of the knowledge or information you believe each individual possesses.

**Response:** The following individuals may have knowledge relevant to the allegations in the Complaint and the Defendants denials / defenses:

- Michael Donaldson (Plaintiff)
- Kevin Whyrick: Vice President - Finance of ESI, has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;
- John Frink: Former General Manager of TRAE; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

- Chris LaRocco: Corporate Strategist for ESI; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

- Beth Aleman: former Human Resources Manager for ESI; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

- Debby Vannest: Logistics Analyst for ESI; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

- Michelle Mills: Controller for ESI; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

- Fran Holliday: former Office Manager for TRAE under supervision of Mr. Donaldson; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

- Gohar Wise: former Assistant Controller for ESI; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

- Clayton Walker: former Plant Manager for TRAE; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

- Chris Bach: former Sales Manager for TRAE; has information relevant to Mr. Donaldson's work performance and absence of discrimination as to Mr. Donaldson;

3.      Identify each person who contributed the facts set forth in your Position Statement to the EEOC in response to Plaintiffs EEOC charge and any other of your employees you spoke with in gathering the factual information you included in the Position Statement to the EEOC.

**Response:** See Responses to Nos. 2.

4.      Identify and describe each act you took to investigate Plaintiffs allegation(s) related to disability discrimination and identify each individual you contacted and describe the information each individual provided.

**Response:** Defendants object to this interrogatory on the grounds that it seeks information protected by the work product protection.

5.      Describe the complete factual basis for your contentions in your Position Statement to the EEOC that Plaintiff engaged in poor performance, including that he failed to appropriately use the IFS system; had mismanaged his HR file responsibilities; failed to produce accurate financial statements; failed to timely enter production logs; and that Plaintiffs mismanagement of the IFS system caused Plaintiff to draw on Trae-Fuels' line of credit to pay operating expenses.

**Response:** Mr. Donaldson's difficulty with meeting the expectations of his position became apparent early in his tenure and required numerous corrections by his co-workers and supervisors.  In May 2014, more than six months after he was hired and initially trained, Mr. Donaldson was still unable to understand and correctly use the company's IFS / accounting software applications, which are crucial to the company's operational success and a core function

of his position as Controller. Due to Mr. Donaldson's continued inability to monitor and account for critical business functions using IFS, he was informed that he would be required to undergo re-training on the company's IFS system. This occurred, at company expense, on May 14-15, 2014.

A short time later, based on his mismanagement of IFS, Mr. Donaldson was forced to draw on TRAE's line of credit to pay for the company's general operating costs which meant that the company had gone cash negative. This emergency event was undetected by Mr. Donaldson until the last moment due to his lack of understanding and implementation of the IFS system tools and applications.

On June 4, 2014, after the cash negative incident and after failing at numerous other duties, John Frink (TRAE's General Manager), Chris LaRocco (Corporate Strategist for parent company, ESI), and Beth Aleman (ESI's Human Resources Manager) met with Mr. Donaldson to discuss performance expectations for his position. Mr. Donaldson was provided with a detailed critique of how he had failed to meet the expectations and responsibilities of his job. One such failure was his inability to manage HR employee file responsibilities. Those responsibilities had to be transferred to another employee, Fran Holliday, because Mr. Donaldson proved incapable of such management. Mr. Donaldson was told at the meeting that "he needs to produce more qualitative/quantitative work and be a hands on controller." A copy of the Employee Counseling Notice from Mr. Donaldson's file documenting this meeting will be produced. In addition, there are numerous emails in which Mr. Donaldson's errors and oversights were called to his attention by Michelle Mills and his supervisors and co-workers. These emails will be produced.

The lack of accuracy in the financial reports and cash flow statements prepared by Mr. Donaldson required Kevin Whyrick (ESI's Vice President - Finance) and Mr. LaRocco to convene a weekly conference call with Mr. Donaldson. Ultimately, ESI employees were forced to simply create the cash flow reports themselves because Mr. Donaldson was unable to do so.

Despite the counseling session on June 4, on June 6 Mr. Donaldson failed to timely enter the production logs into IFS from May 24 which were due that day. On June 9 he turned in substandard and unpresentable work on a cash flow analysis requested by Mr. LaRocco. On June 17 Mr. Donaldson turned in another cash flow analysis that was unacceptable because it was missing pertinent data. On June 18 Mr. Donaldson's supervisors were informed that Mr. Donaldson still had not implemented the IFS accounting system as he was told to at his re-training a month earlier. Many of these issues are documented by Mr. LaRocco in a memo written on June 26, 2014, and this memo will be produced.

TRAE had provided Mr. Donaldson with a temporary accountant assistant upon learning of his cancer diagnosis to assist with his work. It was Mr. Donaldson, however, who dismissed the temporary worker, telling the company that he was not in any need of assistance.

Throughout the rest of June and July 2014 Mr. Donaldson continued to require numerous corrections to his work. On August 4, he failed to arrange for new employees to be signed up for health, vision, and dental insurance despite a written reminder from Ms. Aleman on July 28. Thus, despite TRAE's best efforts to re-train him, Mr. Donaldson continued to underperform the expectations for his position. His inability to perform his job was the sole reason for his dismissal on August 20, 2014.

During on HR audit conducted at TRAE on June 3, 2014, Ms. Aleman learned that Mr. Donaldson had impermissibly placed accounts payable items and un-opened Visa bills in

random employee files. Ms. Aleman also learned that Mr. Donaldson's own personnel file was missing the executed confidentiality agreement he signed when he began his employment. Ms. Aleman provided Mr. Donaldson with a replacement confidentiality agreement which he signed. A copy of the document will be produced.

Further detailed information in response to this interrogatory are contained within the documents produced in response to Plaintiff's request for production of documents.

6.      Identify the essential functions, responsibilities, and/or duties of the controller position, including without limitation the controller's human resource duties, as well as any changes in those functions and the basis for each such change from January 1, 2014 until December 31, 2015.

**Response:** The Company Controller is responsible for the preparation and oversight of the financial records for the Company, manufacturing costing, inventory management, day to day accounting, oversight of some administrative employees, and is further responsible for the strategic direction of the Company. The Controller is responsible for reporting to the management team with TRAE, as well as with the management team within the parent company, ESI.

7.      Describe any instances of Plaintiffs alleged deficient performance that occurred before you learned of Plaintiffs cancer diagnosis and your response to each such instance, including your efforts to inform Plaintiff of such alleged deficiencies.

**Response:** See Response to No. 5.

8.     Describe the complete factual basis for your determination that Plaintiff's alleged mismanagement of IFS caused TRAE to need to draw on TRAE's line of credit to pay for the company's general operating costs.

**Response:**  See Response to No. 5.  See documents produced in response to Plaintiff's requests for production.

9.     Identify each time Plaintiff's co-workers communicated to you that they had been forced to correct his work.

**Response:** See Response to No. 5.  See documents produced in response to Plaintiff's requests for production.

10.    Describe the establishment of the temporary assistant accountant position, including without limitation the reasons the position was established, the duties and responsibilities you intended for the position, and the reasons the position was eliminated.

**Response:** See Response to No. 5.  See documents produced in response to Plaintiff's requests for production.

11.    Describe all policies, practices and procedures Defendants use to address deficient work performance and employee discipline and identify all documents related to such policies, practices, or procedures.

**Response:**  The practice of addressing deficient work performance and employee discipline is handled on a case-by-case basis and there are no documents describing a standard policy, practice, or procedure that must be followed.

12.     Describe your June 4, 2014 meeting with Plaintiff and resulting Employee Counseling Notice allegedly issued to Plaintiff, including who signed the notice and all evidence you have that you provided Plaintiff the notice.

**Response:** See Response to No. 5.  The Employee Counseling Notice was signed by Beth Aleman.  See documents produced in response to Plaintiff's requests for production.

13.     Describe any potential and/or actual costs, expenses, and/or effect that Plaintiff's cancer had or would have had if he continued to work for you on your insurance coverage.

**Response:** Defendants object to this interrogatory on the grounds that it calls for speculation.  Defendants do not have sufficient information to respond to this interrogatory.

14.     Identify each communication between you and any other person about Plaintiffs termination, including without limitation the individuals involved in the communication and the substance of the communication.

**Response:** There are no non-privileged communications response to this interrogatory.

15.     Set forth by date and describe each non-privileged communication you had with anyone regarding Plaintiffs allegations set forth in the Complaint, and identify who the communication was with, and whether the communication was verbal or written.

**Response:** There are no non-privileged communications between Defendants and any third parties.

16.     Identify all documents that you reviewed in connection with answering these Interrogatories.

**Response:** All non-privileged documents reviewed in connection with the preparation of these interrogatories will be produced.

Page 9 of 11

Dated: May 17, 2019.

As to Responses:

As to Objections,

/s/ Jackson S. Nichols

Jackson S. Nichols, Esq. (VSB # 87225)
Cohen Seglias Greenhall Pallas & Furman PC
1828 L. Street, N.W., Suite 705
Washington, D.C.  20036
(202) 466-4110
JNichols@CohenSeglias.com

    --and—

/s/ Lars H. Liebeler

Lars H. Liebeler, Esq.
(admitted pro hac vice)
Lars Liebeler PC
1828 L. Street, N.W., Suite 705
Washington, D.C. 20036
(202) 774-1510
LLiebeler@LHL-LawFirm.com

Page 10 of 11

## CERTIFICATE OF SERVICE

This is to certify that I have on May ___, 2019 served all the parties in this case with this

**Defendant's Objections and Responses to Plaintiff's Interrogatories** by electronic mail.


/s/ *Lars H. Liebeler*

_____
Lars H. Liebeler, Esq.

# EXHIBIT 55

**To:**      Roger Knoph[rknoph@envirotechservices.com]
**Cc:**      John Frink[jfrink@traefuels.com]; Kevin Whyrick[kwhyrick@envirotechservices.com]
**From:**    Michael Donaldson
**Sent:**    2014-04-30T11:15:36-04:00
**Importance:**    Normal
**Subject:**   Re: Trae-Fuels Cash Report as of Tuesday, April 29,2014 and Project Cash Flow for May 2014
**Received:**    2014-04-30T11:15:36-04:00

Good Morning Roger:
John has asked me to forward to you the Cash Report, which has been prepared through Close of Business, Tuesday, April 29, 2014. I've also provided a May 2014 Cash Flow synopsis.

As far as Cash Flow for May 2014 is concerned (pending any major system repairs, replacements or Cap Ex purchases), I'm estimating them as following.

**Projected Cash Inflows:**

**Northcrest Forest Products -**  50% deposit on 4,000 ton  order   -  $310,000.00 2000 tons  @ 155.00 per ton  (due around May 7 2014 according to Christian Bach, I'm told).

Northcrest Forest Products  -  Should be able to produce and have cash in the bank, by end of May for another 1000 tons (which is scheduled to ship each week) -  $155,000.  Should ship out all 4000 tons in May, but last weeks shipment of 1000 tons, won't be in bank until 1st week in June.

**Eco - Pellet -**  Possibility of additional revenue stream for Eco-Pellet (which bags are due to arrive next week according to Christian Bach), but contingent on production constraints.  We are contracted to ship 2,500 tons a month, but Christian believes that the customer is flexible and we can ship perhaps 500 tons during May @ @ $206 a month

**Total Estimated Cash Inflows for May 2014:**

Northcrest Forest Products    - $465,000.00  (3000 tons @ 155)

Eco-Pellet                      - $103,000.00 (500 tons @ $206)

**Total estimated Cash Inflows:  $568,000.00**

**Total Estimated Cash Outflows for May 2014**

**Accounts Payable -  $400,000.00**  ($100,000 per week bearing any major repairs, capex,

**Payroll -**           **$150,000.00** (estimated based on increase levels in production around 4,500 -5,000 tons of production and increase in staff to support 24/7 days of productions with minimum overtime.  Could be more if there are hiccups in production schedule (due to repairs, downtime, etc), or less if production is at lower levels.

**Estimated Outflows of Cash for May 2014 $550,000.00**

**Net cash Flow for May 2014   -          Positive $18,000**
**Plus current Cash Balance @ 4/29/2014   -  Positive $377,700.55**

**Net Cash positive Balance projected @ 5/31/2014    $395,700.55**

Thanks,

TRAE-PROD0007314

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0007315

# EXHIBIT 56

**To:**      Chris LaRocco[clarocco@envirotechservices.com]
**From:**    John Frink
**Sent:**    2014-04-30T12:13:58-04:00
**Importance:**    Normal
**Subject:**  Re: Trae-Fuels Cash Report as of Tuesday, April 29,2014 and Project Cash Flow for May 2014
**Received:**         2014-04-30T12:13:58-04:00

Chris,

It will be tight but we have to do it ! If we don't you should come run it and I should go home.



John Frink

General Manager

540 205-2440 (office)

540 205-2455 (fax)

540 642-2067 (cell)

jfrink@traefuels.com

www.traefuels.c

On Wed, Apr 30, 2014 at 11:08 AM, Chris LaRocco <clarocco@envirotechservices.com> wrote:

What do you think John?

On Wed, Apr 30, 2014 at 11:05 AM, John Frink <jfrink@traefuels.com> wrote:

Chris,
Thought you might want to see this.



John Frink

General Manager

540 205-2440 (office)

540 205-2455 (fax)

540 642-2067 (cell)

jfrink@traefuels.com

www.traefuels.c

---------- Forwarded message ----------
From: **Michael Donaldson** <mdonaldson@traefuels.com>
Date: Wed, Apr 30, 2014 at 10:15 AM
Subject: Re: Trae-Fuels Cash Report as of Tuesday, April 29,2014 and Project Cash Flow for May 2014
To: Roger Knoph <rknoph@envirotechservices.com>

Cc: John Frink <jfrink@traefuels.com>, Kevin Whyrick <kwhyrick@envirotechservices.com>

Good Morning Roger:

John has asked me to forward to you the Cash Report, which has been prepared through Close of Business, Tuesday, April 29, 2014.  I've also provided a May 2014 Cash Flow synopsis.

As far as Cash Flow for May 2014 is concerned (pending any major system repairs, replacements or Cap Ex purchases), I'm estimating them as following.

**Projected Cash Inflows:**

**Northcrest Forest Products -**  50% deposit on 4,000 ton  order   -  $310,000.00 2000 tons @ 155.00 per ton  (due around May 7 2014 according to Christian Bach, I'm told).

Northcrest Forest Products  -  Should be able to produce and have cash in the bank, by end of May for another 1000 tons (which is scheduled to ship each week) -  $155,000.  Should ship out all 4000 tons in May, but last weeks shipment of 1000 tons, won't be in bank until 1st week in June.

**Eco - Pellet** -  Possibility of additional revenue stream for Eco-Pellet (which bags are due to arrive next week according to Christian Bach), but contingent on production constraints.  We are contracted to ship 2,500 tons a month, but Christian believes that the customer is flexible and we can ship perhaps 500 tons during May @ @ $206 a month

**Total Estimated Cash Inflows for May 2014:**

Northcrest Forest Products    - $465,000.00  (3000 tons @ 155)

Eco-Pellet                    - $103,000.00 (500 tons @ $206)

**Total estimated Cash Inflows:  $568,000.00**

**Total Estimated Cash Outflows for May 2014**

**Accounts Payable -  $400,000.00**  ($100,000 per week bearing any major repairs, capex,

**Payroll -**          **$150,000.00** (estimated based on increase levels in production around 4,500 -5,000 tons of production and increase in staff to support 24/7 days of productions with minimum overtime.  Could be more if there are hiccups in production schedule (due to repairs, downtime, etc), or less if production is at lower levels.

**Estimated Outflows of Cash for May 2014 $550,000.00**

**Net cash Flow for May 2014   -           Positive $18,000**
**Plus current Cash Balance @ 4/29/2014   -  Positive $377,700.55**

**Net Cash positive Balance projected @ 5/31/2014    $395,700.55**

Thanks,

Mike

--

Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com


--
Respectfully;

Chris LaRocco
Corporate Strategist

**_EnviroTech Services, Inc_**
9663 Berrien St.
Suite 1
Union Pier Michigan, 49129

_Work: 970-346-3923_
_Ext: 407_
Cell: 773.875.2053
Fax: 269-645-5909
Web: www.envirotechservices.com

**Confidentiality Notice:**
The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If
you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or
copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-
mail, attaching the original message, and delete the original message from your computer, and any network to which your computer
is connected.

TRAE-PROD0007326

# EXHIBIT 57

**To:**       riccardo@ecopellet.it[riccardo@ecopellet.it]
**Cc:**       John Frink[jfrink@traefuels.com]; Christian Bach[cbach@traefuels.com]
**From:**     Michael Donaldson
**Sent:**     2014-05-29T10:10:47-04:00
**Importance:**        Normal
**Subject:**  Re: Trae-Fuels
**Received:**          2014-05-29T10:10:47-04:00

Good Morning Riccardo,
My name is Mike Donaldson, controller for Trae-Fuels in Bumpass, VA in the USA.

I've been working with Christian Bach to assist in setting up Eco-Pellet as a customer and was involved in the contract drafting which Eco-Pellet and Trae-Fuels executed for the production of 30,000 Metric tons for the period of April 15, 2014 - May 15, 2015, with a monthly production volume equal to 2,500 Metric tons.

In the signed contract, Eco-Pellet agreed to forward a wire transfer 14 days in advance to the shipment of the product. We have been producing product for Eco-Pellet and have purchased the bags for the job and incurred considerable "up-front" expense in attempting to execute our responsibilities under the contract in good faith.

We feel that we are getting off to not so good of a start in our relationship, as we have been awaiting a wire transfer for the first month's product production to be shipped of 2,500 tons. I know that Christian Bach has been in communication with you, to follow up on the status of your wire transfer.

Unfortunately, we have stopped production for Eco-Pellet until we receive the wire transfer for the the first month's production as agreed in the amount of $515,000.00 USD (2,500 MT @ $206 per MT). We would at least $257,500 USD wired immediately to hold your contract, with balance of payment of $257,500 in 7 days before we will ship the product for the first month. If we do not hear from you soon, then under the terms of the contract we will have to seek other parties to sell what has already been produced for Eco-Pellet.

Please advise us of your intentions within the next two days, or we will begin contacting other parties to sell the product. If you have any questions or concerns, please feel free to contact me at (540) 205-2440.

Thank you,
-
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0008084

# EXHIBIT 58

**To:**       John Frink[jfrink@traefuels.com]
**From:**     Michael Donaldson
**Sent:**     2014-05-05T19:05:14-04:00
**Importance:**      Normal
**Subject:**   Re: Investor's Report - 2nd Quarter - Finance Portion
**Received:**        2014-05-05T19:05:14-04:00
Trae Fuels LLC - Management Report to Member Investors -  January - March 2014.docx

John,
Here is the electronic copy of what I hand delivered to you earlier, in case you want to make some changes.

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0007476

**GENRERAL MANAGER'S REPORT**
**TO THE MEMBERS (INVESTORS) OF**
**TRAE FUELS, LLC**
**FOR THE SECOND QUARTER PERIOD**
**JANUARY 1 – MARCH 31, 2014**
**FINANCE PORTION**

After experiencing almost a minimal amount of revenues in the First Quarter ($1,007.70), Trae-Fuels were able to Ship and invoice $522,169.95 of product in the second quarter, bringing year-to-date revenue for the mid fiscal year period of $523,177.65. These revenues included pellet sales mostly to one of our domestic customers International Forest Products and we expanded into the European Market with our first order for La Bio-Holz in Italy of $43,133.40. An additional revenue stream was generated by selling Hardwood Chips to P.H. Glatfelter.

While we hoped to be able to generate more revenue than we did, we experienced an unusual harsh and cold winter, which contributed to some down-time production repair and maintenance issues, some directly related to the extreme cold weather. The meteorologist's reported that, "It was the worst winter in 40 years that hit the Virginia area." In March 2014, as we entered made the transition from winter to spring, we had the least down-time days and was able to produce in March 2014, more that we produced in December 2013, January and February 2014 combined.

We experience an overall net loss for the quarter of $327,127.01 and a year-to-date mid fiscal year loss of $1,723,233.86. This is attributed to not having enough production volume to offset our overall cost of doing business.

Looking forward to the third quarter, we have signed additional contracts with Eco-Pellets (30,000 MT to be produced in 12 months) representing $6,180,000 in Revenues and a Canadian company, Northwest Forest Products (30,000 MT), representing $4,650,000 in annual revenues. The product is to be packed in Super-Sacks, which is less labor intensive and cost effective for Trae-Fuels. Our sales team is in negotiations with other domestic and foreign potential customer to

TRAE-PROD0007477

increase our presence in the market and appears close in executing more contracts. We have also identified an additional smaller revenue stream of selling bark, one of our by-products, to a regional company C.P. Anderson Trucking.

We are also in the Third Quarter stepping up the staffing of personnel so that we can run a 24/7 operation in four different shifts, to be able to produce sufficient product and fulfill our orders. From a cost perspective, we are being more diligent in watching the impact on the bottom line and have reduced overtime payroll costs significantly, between 35-40% and this should only get better as the plant is fully staffed. With the increase production expectations due to greater plant efficiencies, signing new customer contracts and attempting to reduce expenses where possible, we believe that the Third Quarter for Trae-Fuels will be the best to date this fiscal year.

TRAE-PROD0007478

# EXHIBIT 59

**To:**       Michael Donaldson[mdonaldson@traefuels.com]
**From:**     Debby Vannest
**Sent:**     2014-05-19T18:03:47-04:00
**Importance:**       Normal
**Subject:**  Re-Costing Inventory Parts
**Received:**         2014-05-19T18:03:47-04:00

I am starting the re-costing of your inventory parts so you will see some entries to your GL.

Thanks,

Debby Vannest
Logistics Analyst
EnviroTech Services Inc | 910 54th Ave.  Suite 230 | Greeley CO 80634
Direct Line: 970-395-7735 | Mobile: 970-396-1068 | Fax: 970-346-3959
eMail: dvannest@envirotechservices.com
Website: www.envirotechservices.com
Twitter:

@envirotechsvcs
Facebook:

envirotechservices

*PEOPLE HELPING PEOPLE IMPROVE THEIR ENVIRONMENT*

TRAE-PROD0007866

# EXHIBIT 60

**To:**       Michael Donaldson[mdonaldson@traefuels.com]
**From:**     Kevin Whyrick
**Sent:**     2013-12-27T12:37:51-05:00
**Importance:**      Normal
**Subject:**  Trial Balance Report
**Received:**        2013-12-27T12:37:51-05:00

Hi Michael,
I will need to get with IFS on the trial balance report. It appears to be setup wrong, and does not distinguish between looking for the prior years balances on the balance sheet versus not looking for them on the income statement accounts. This report writer is pretty complex, so I will need to get with them on it.

For now just use the balance sheet and income statements when doing your comparisons.

Thanks,

--

Kevin C. Whyrick
Vice President - Finance
EnviroTech Services, Inc.

910 54th Avenue, Suite 230
Greeley, CO 80634
Office: (970) 346-3900

**Confidentiality Notice:**
The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.

TRAE-PROD0002297

# EXHIBIT 61

**To:**       Kevin Whyrick[kwhyrick@envirotechservices.com]; Michael Donaldson[mdonaldson@traefuels.com]
**From:**     Debby Vannest
**Sent:**     2014-02-14T14:01:54-05:00
**Importance:**       Normal
**Subject:**  Re: Work Centers
**Received:**         2014-02-14T14:01:54-05:00

It was a calculation made before it was entered in IFS>


On Fri, Feb 14, 2014 at 10:04 AM, Kevin Whyrick <kwhyrick@envirotechservices.com> wrote:

> I don't think the system does this. This would have been the standard that you guys set basing it on this production.
> Debby correct me if I am wring, but this should have been something you guys calculated.
> Kevin


On Fri, Feb 14, 2014 at 9:52 AM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

> Hi everyone,
> One question I forgot to ask on our call since I'm learning IFS.

In our work center costs, we based it on an annual volume of 120,000 tons of pellets produced, with the Chip Mill requiring 200,000 tons to make chips, then the follow through to the pellets to equal 120,000.

I know that it must be a complex calculation (or algorithm) behind the scenes, to equate (120,000 tons) that process to a day or monthly number as we produce only a fraction of the total annual tonnage in a day, week, or month that reflect on our financials. Does the system divide it all by 365 or business yr 360, or some other process?  Just wondering.

Thanks,

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com




--
Kevin C. Whyrick
Vice President - Finance
EnviroTech Services, Inc.

910 54th Avenue, Suite 230
Greeley, CO 80634
Office: (970) 346-3900

**Confidentiality Notice:**

TRAE-PROD0004348

The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.

--
Thank you,

Debby Vannest
Logistics Analyst
EnviroTech Services Inc | 910 54th Ave.  Suite 230 | Greeley CO 80634
Direct Line: 970-395-7735 | Mobile: 970-396-1068 | Fax: 970-346-3959
eMail: dvannest@envirotechservices.com
Website: www.envirotechservices.com
Twitter:

@envirotechsvcs
Facebook:

envirotechservices

*PEOPLE HELPING PEOPLE IMPROVE THEIR ENVIRONMENT*

TRAE-PROD0004349

# EXHIBIT 62

**To:**        Michael Donaldson[mdonaldson@traefuels.com]
**From:**     Gohar Wise
**Sent:**      2014-03-18T11:46:57-04:00
**Importance:**        Normal
**Subject:**   Re: Detail for Check# 5363 Canal Wood - Printed on 3/18/2014
**Received:**          2014-03-18T11:46:57-04:00

Mike,
That functionality works on and off. It looks like its not working now. If you saved your proposal you get the detail from your proposal.

thanks

On Tue, Mar 18, 2014 at 8:04 AM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

Hi Gohar,
I attempted to export and print out the detail for Check# 5363 (as it was more than using the info you gave me.

Supplier Check
Query Check #
Right Mouse - View Detail
Then Export to Excel.

When I did right mouse click: View Detail the system Locked up.  I tried it again and the same thing happened.

Did I do something wrong?

thanks,

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com


--
Gohar Wise
EnviroTech Services, Inc.
Assistant Controller
Tel.    970-346-3900 Ext. 114
Fax.   970-346-3959
Email: gwise@envirotechservices.com
www.envirotechservices.com

TRAE-PROD0005833

# EXHIBIT 63



910 54th Ave, Suite 230
Greeley, Colorado 80634

## Employee Counseling Notice

Employee Name: **Michael Donaldson** _____     Date: __06/04/2014_____

Position/Title: __Trae-Fuels Controller_____     Dept. _____

**Reason for Notice:     (See attached copy if applicable)**

John Frink, Chris LaRocco and I met with Michael to establish performance expectations, specifically for the next two weeks.  Chris explained the necessity and the importance of how vital the controller position is to the success of Trae-Fuels and how this position needs to be current at all times with financial reporting, including current cash flow and as the controller he should be communicating daily with John on the current status of Trae-Fuels financially ('*what does it cost us to open the door everyday*') was the example given. Discussion also included: making decisions faster, knowing inventory at all times, and how that data correlates with financials.

I emphasized that he (Michael) needs to meet daily with John to discuss current financials and updates (no more leaving reports on his desk without conversation), he needs to focus on performing at a higher level and not in the day-to-day 'weeds' of things going on in the office.  I also removed all HR employee file responsibilities (except the 5 exempt manager positions) from Michael's responsibility.   During an audit of the files during this visit, I found the files to be out of federal compliance, confidentiality agreements were missing, and random accounts payable items were placed in the employee files.  I did a training session with Michael and Fran and Fran will be responsible for the files until further notice.  In addition, I told Michael he needs to create accounts payable files for all the vendors they are using and those files need to be current at all time.

(Use back of this page if more room is needed)

**Action Taken on This Notice: (Plan of Action)**

Chris is going to make a score card and/or excel spreadsheet for Michael to use to start collecting vital financial information which will help with reporting and creating a 'State of the Union' style report that he can share with corporate and John at all times. _____

(Use back of this page if more room is needed)

**Next Step if Infraction is repeated:**

This was not discussed, as this first meeting was to convey the expectations that are needed for the controller position and more specially, for Michael to understand he needs to produce more qualitative/quantitative work and be a hands on controller.

(Use back of this page if more room is needed)

Signed: _~~Melena~~_____        Signed: _____
                        Date                                       Employee                    Date

Original to be placed in Employee's File

# EXHIBIT 64

**To:**     Roger Knoph[rknoph@envirotechservices.com]
**Cc:**     John Frink[jfrink@traefuels.com]; Chris LaRocco[clarocco@envirotechservices.com]; Kevin Whyrick[kwhyrick@envirotechservices.com]
**From:**   Michael Donaldson
**Sent:**   2014-01-16T10:16:41-05:00
**Importance:**   Normal
**Subject:**  Re: Trae-Fuels Cash Report
**Received:**     2014-01-16T10:16:41-05:00
Cash Analysis - 01152014.xlsx
Cash Report - 01152014.xlsx

Roger,
I know I had sent you what I provided to John as far as how much cash he had in the bank on a daily basis.  It was a real cut and dry, but accurate snapshot of current cash position, which the title was cash analysis.

As we now are starting to get more activity (i.e. our first customer wire-transfer into the bank), I want to provide a little more detail to assist John, which I call a "Daily Cash Report."  It provides daily beginning balance per bank and adjusted book balance (which includes imminent known Cash Commitments -i.e. Outstanding checks), plus current day's activity (deposits, disbursements), then ending daily adjusted cash balance per books and bank and the difference which is the "float between actual cash in bank and committed payments.

While it's not a "full cash flow" projection report it should be useful.

I'm attach both presentations for comparative purposes as of January 15, 2014.

Have a great day

Mike
--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0002896

Document Produced Natively

Cash Report - 01152014.xlsx

TRAE-PROD0002897

Document Produced Natively

Cash Analysis - 01152014.xlsx

TRAE-PROD0002898

**To:**       Roger Knoph[rknoph@envirotechservices.com]
**From:**    John Frink
**Sent:**    2014-01-16T11:34:18-05:00
**Importance:**       Normal
**Subject:**  Fwd: Sales Invoiced Today 01/15/2014
**Received:**      . 2014-01-16T11:34:18-05:00

Roger ,
     Thought you would want to see this also.



John Frink

General Manager

540 205-2440 (office)

540 205-2455 (fax)

540 642-2067 (cell)

jfrink@traefuels.com

www.traefuels.c

---------- Forwarded message ----------
From: **Michael Donaldson** <mdonaldson@traefuels.com>
Date: Wed, Jan 15, 2014 at 5:50 PM
Subject: Sales Invoiced Today 01/15/2014
To: Chris LaRocco <clarocco@envirotechservices.com>
Cc: John Frink <jfrink@traefuels.com>

Chris,
We invoiced the following today:

IFP  - $48,226.70

Gladfelter $22,536.80

Total of $70,763.50

I believe we only have 2 more invoices to process for IFP to be up-to-date (current) totaling $6,820.00, which we will try to
tackle tomorrow.

Thanks,

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102

TRAE-PROD0002899

Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0002900

# EXHIBIT 65

**To:**       John Frink[jfrink@traefuels.com]; Clayton Walker[cwalker@traefuels.com]
**Cc:**       Kevin Whyrick[kwhyrick@envirotechservices.com]
**From:**     Michael Donaldson
**Sent:**     2014-01-20T13:24:11-05:00
**Importance:**       Normal
**Subject:**  Re: Report for Investors Meeting for Trae-Fuels
**Received:**         2014-01-20T13:24:11-05:00

John and Clayton,
John will have to present the Financial Information for Trae-Fuels in about a week or so for the Fiscal Year Ending September 30, 2013 and also for the First Quarter of 2014 (October -December 2014).

I have already completed the Financial Statements for this meeting and have forwarded them to John and Kevin. Kevin has asked the three of us to provide a report for both time frame (Fiscal Year End September 30. 2013 and First Quarter October-December 2014.

Basically, the report will provide a summary of the highlights what has been happening at Trae-Fuels during these time frames. This summary doesn't have to be a long summary, but maybe a page or two. When we are all in the office again next week, we should make this a priority so that John will be ready for his presentation.

Thank you very much,

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0003039

# EXHIBIT 66

**To:**       John Frink[jfrink@traefuels.com]
**From:**     Michael Donaldson
**Sent:**     2014-01-24T11:37:50-05:00
**Importance:**   Normal
**Subject:**  Re: Follow-Up Item completed (From today's Contract's Meeting)
**Received:**         2014-01-24T11:37:50-05:00

John,
OK, sounds good!

Mike


On Fri, Jan 24, 2014 at 10:10 AM, John Frink <jfrink@traefuels.com> wrote:

Michael,
    When I am back next week we will need to spend some time with the costing and our desired bottom line. The margins are a lot closer than I thought, but I am not sure Christian can sell for more . Chris stated that we are in line with the original proforma and I don't think we are so I would like to run the numbers and make sure. Thanks



John Frink

General Manager

540 205-2440 (office)

540 205-2455 (fax)

540 642-2067 (cell)

jfrink@traefuels.com

www.traefuels.c


On Thu, Jan 23, 2014 at 3:58 PM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

Good afternoon everyone:
As the Bio-Holz contract deal is a go, I have completed my follow-up item and have forwarded to Christian the wire-transfer instructions for the customer to initiate the prepayment.

Thanks,

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0003241

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0003242

# EXHIBIT 67

**To:**      John Frink[jfrink@traefuels.com]
**From:**    Michael Donaldson
**Sent:**    2014-02-13T10:38:23-05:00
**Importance:**   Normal
**Subject:**  Re: Cash Report - As of Wednesday, February 12, 2014
**Received:**     2014-02-13T10:38:23-05:00
Cash Report - 02122014.xlsx

John,

Please find attached the Cash Report from yesterday's activity (Wednesday, February 12, 2014) that I would normally hand deliver to you this morning (Thursday, February 13, 2014).  You will also see that Glatfleter paid us for $1,393.15. Hopefully, the weights will match up or be close this time.

Have a good day, stay warm!

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0004258

# EXHIBIT 68

**To:**      Debby Vannest[dvannest@envirotechservices.com]; John Frink[jfrink@traefuels.com]; Clayton
Walker[cwalker@traefuels.com]; Fran Holliday[fholliday@traefuels.com]; Christian Bach[cbach@traefuels.com]
**Cc:**      Chris LaRocco[clarocco@envirotechservices.com]; Brian Snyder[bsnyder@envirotechservices.com]
**From:**   Michael Donaldson
**Sent:**   2014-02-06T15:29:57-05:00
**Importance:**    Normal
**Subject:**  Fwd: Costing of EN Plus 33 lb Bags
**Received:**      2014-02-06T15:29:57-05:00

Hi Debby,
I have responded to your e-mail below to attempt to answer you questions.  Christian Bach, Fran and I discussed the items.
Christian (who I also added to the distribution) is more versed on the sales strategy that we are going to utilize for different
customers as it concerns the bags.

Hope this helps,

Mike

---------- Forwarded message ----------
From: **Debby Vannest** <dvannest@envirotechservices.com>
Date: Thu, Feb 6, 2014 at 10:12 AM
Subject: Costing of EN Plus 33 lb Bags
To: Michael Donaldson <mdonaldson@traefuels.com>, John Frink <jfrink@traefuels.com>, Clayton Walker
<cwalker@traefuels.com>
Cc: Chris LaRocco <clarocco@envirotechservices.com>, Debby Vannest <dvannest@envirotechservices.com>, Brian
Snyder <bsnyder@envirotechservices.com>


Good morning.  I hope all is going well for you.
I have some missing costs that are needed in order to finalize the costing of the EN Plus 33 lb Bag.

1) Empty Bag Cost

Debby, as I understand this from Christian Bach that each deal for the EN Plus 33 lb bag will be different.  So, we might
wind up with many product number for the bags.

For this first job La Bio Holtz in Italy, there supplied the bags, be Trae-Fuels had to pay the freight to get them here from
Eden Pellet in Chesapeake, VA (about 2 hours away from the plant.

2) Heat Treated Pallet

We do not have any heat treated pallets yet, but Fran mentioned that we need to order them

3) Slip Sheet Used ?

We do use the Slip Sheet

4) Stretch Hood Used?

On the Bio Holz job we did not use a stretch hod, but stretch wrap

5) # of Bags/Pallet

We used 85 bags per pallet on the Bio Holz job and this as I understand will be the standard
--
Thank you,

Debby Vannest

TRAE-PROD0004028

Logistics Analyst
EnviroTech Services Inc | 910 54th Ave.  Suite 230 | Greeley CO 80634
Direct Line: 970-395-7735 | Mobile: 970-396-1068 | Fax: 970-346-3959
eMail: dvannest@envirotechservices.com
Website: www.envirotechservices.com
Twitter:

@envirotechsvcs
Facebook:

envirotechservices

*PEOPLE HELPING PEOPLE IMPROVE THEIR ENVIRONMENT*

--
Michael A. Donaldson
Controller

Trac-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0004029

# EXHIBIT 69

**To:**  John Frink[jfrink@traefuels.com]; Clayton Walker[cwalker@traefuels.com]
**From:**  Michael Donaldson
**Sent:**  2014-04-03T18:14:21-04:00
**Importance:**  Normal
**Subject:**  Re; Overtime watch for 3/30 -4/5/2014
**Received:**  2014-04-03T18:14:21-04:00

Gentlemen:

Here are the hours through Wed 4/2/2014.  Many haven't punched or it takes time to register for today (thursday), so you may want to add 8 hours to everyone to see where they are at Close of Business today.  A few people I need some information to solidify times and Clayton and Fran are checking on this.

Looks like you're doing a good job controlling overtime the last 2 weeks!

Mike

| Employee | REG | OT | Prm | POT | Totals |
|---|---|---|---|---|---|
| Totals | 645:52 | 65:44 | 248:51 | 30:42 | 991:09 |
| Anderson, Donald Le | 26:13 | | 0:10 | | 26:23 |
| Apperson, Mark Wi | 35:23 | | 18:19 | | 53:42 |
| Bach, Christian H | | | | | |
| Bohannon, Jessica An | 7:54 | | | | 7:54 |
| Bowden, John A | 40:00 | 7:22 | 6:41 | | 54:03 |
| Brooks, Felix C | 40:00 | 8:54 | 1:17 | 0:19 | 50:30 |
| Brooks, Lynn | 16:30 | - | 15:16 | | 31:46 |
| Cutright, Joseph Wa | 40:00 | 12:03 | 35:56 | 11:28 | 99:27 |
| Donaldson, Michael | | | | | |
| Frink, John We | | | | | |
| Hardman, Michael Le | 31:41 | | 0:08 | | 31:49 |
| Hewitt, Michael H | 40:00 | 2:57 | 0:20 | 0:29 | 43:46 |
| Holliday, Frances L | 32:40 | | | | 32:40 |
| Horseman, Daniel T | 34:21 | | 9:58 | | 44:19 |
| Kirk, Kyle Da | 40:00 | 6:18 | 0:45 | | 47:03 |
| Layne, Charlie Fr | 21:17 | | 0:50 | | 22:07 |
| Magner, Joshua L | | | | | |
| Mills, Jerry Le | 40:00 | 10:11 | 38:11 | 9:49 | 98:11 |
| Nelson, Richard | 40:00 | 9:07 | 2:00 | | 51:07 |
| Prokop, Reise Ke | 13:12 | | | | 13:12 |
| Saturday, Jonathan Da | 40:00 | 8:52 | 38:23 | 8:37 | 95:52 |
| Serum, Kevin | 35:08 | | 14:46 | | 49:54 |
| Smith, Thomas Ma | 37:15 | | 32:27 | | 69:42 |
| Trice, Bernard | 34:18 | | 33:24 | | 67:42 |
| Walker Jr, Bruce Cl | | | | | |

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road

TRAE-PROD0006467

Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0006468

**To:**      John Frink[jfrink@traefuels.com]; Fran Holliday[fholliday@traefuels.com]; Clayton Walker[cwalker@traefuels.com]; Christian Bach[cbach@traefuels.com]
**From:**    Michael Donaldson
**Sent:**    2014-04-03T18:18:39-04:00
**Importance:**      Normal
**Subject:**   Re: My goal
**Received:**         2014-04-03T18:18:39-04:00

My goal is to continually look to advise management and staff for opportunities for cost savings and monitor critical metrics (cash flow, payroll OT, etc) before there is a potential problem.

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

**To:**     John Frink[jfrink@traefuels.com]
**From:**   Michael Donaldson
**Sent:**    2014-04-03T19:04:25-04:00
**Importance:**      Normal
**Subject:**  Re: mike
**Received:**      2014-04-03T19:04:25-04:00

Hi john,

I know that you're most likely with Steve Maneri, but I wanted to give you an update on my status.

Visited the specialist this morning after visiting my primary care physician yesterday.  To make a long story short, I have an outpatient procedure done on tomorrow at 7:30 am that will take about 6 hours. I will not be any anesthesia so I should be able to join the call at 3 EST.

On Tuesday; I'll have another outpatient procedure done and tests  under anesthesia that will take 3 hours, but Monday will be a prep day so I'll have to stay close to the bathroom.

I've worked all afternoon today and will work here at home over the weekend (both Saturday and Sunday) to stay on top of things and keep plugging away on the March 2014 Accounting close, which we are not in bad shape.

On Monday, I'll process payroll here from home and have everything I need to do so, plus other work I can get in.

One thing I found out from the specialist was that the doctor at the hospital under prescribed my medication,  so that has been taken care of.

I feel good  and hopefully this all will be over by Tuesday.

Will stay in touch by phone and email

Mime5.

TRAE-PROD0006470

# EXHIBIT 70

**To:**       Michael Donaldson[mdonaldson@traefuels.com]
**From:**     Kevin Whyrick
**Sent:**     2013-12-27T18:14:56-05:00
**Importance:**   Normal
**Subject:**  Re: Revised: October 2013 I/S and B/S for Trae-Fuels
**Received:**     2013-12-27T18:14:56-05:00

Sounds good. I have put a call into Dennis to make sure that the 50% bonus applies on improving used assets. I believe that the assets from last year were considered mostly used assets, so the bonus did not apply. As you mentioned, we can do an adjustment later if needed.

After looking through this everything looks pretty good. We will need to reclassify the loss from last year to the member capital accounts, but I will have to determine how to do this, as the 3450 account is a calculated account, so we cannot do a JE to this account. I have not had to do this yet in IFS as ESi is a C-corp, so we will research this.

Thanks,

Kevin

On Fri, Dec 27, 2013 at 2:30 PM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

Kevin:
I have made the AJE for the October 2013 Depreciation to reflect exactly $3,693.10 as you mentioned. Please find attached the revised October 2013 Financials.

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile:  (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com

--
Kevin C. Whyrick
Vice President - Finance
EnviroTech Services, Inc.

910 54th Avenue, Suite 230
Greeley, CO 80634
Office: (970) 346-3900

**Confidentiality Notice:**
The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-copying of this communication, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.

TRAE-PROD0002330

# EXHIBIT 71

**To:**       Michael Donaldson[mdonaldson@traefuels.com]
**From:**     Kevin Whyrick
**Sent:**     2014-01-07T18:24:03-05:00
**Importance:**       Normal
**Subject:**  Re: Closing the November 2013 G/L Period
**Received:**         2014-01-07T18:24:03-05:00

Yes, I looked them over, and they looked good to me.
Thanks,

Kevin


On Tue, Jan 7, 2014 at 2:05 PM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

HI Kevin,
Please let me know after you've reviewed the financials and if everything is OK, then I will formally close the period.

Thanks,

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com


--
Kevin C. Whyrick
Vice President - Finance
EnviroTech Services, Inc.

910 54th Avenue, Suite 230
Greeley, CO 80634
Office: (970) 346-3900

**Confidentiality Notice:**
The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.

# EXHIBIT 72

**To:**       Roger Knoph[rknoph@envirotechservices.com]
**From:**     Kevin Whyrick
**Sent:**     2014-04-01T16:22:15-04:00
**Importance:**      Normal
**Subject:**  Fwd: April 2014 Cash Flow Projections
**Received:**        2014-04-01T16:22:15-04:00
<u>Cash Flow Projection - April 2014.xlsx</u>

FYI, here is the cash projections for April. This is conservative, and does not include any additional revenues above what were done in March. This also does not include the second equipment loan that I asked you to sign.
Thanks,

Kevin

---------- Forwarded message ----------
From: **Michael Donaldson** <<u>mdonaldson@traefuels.com</u>>
Date: Tue, Apr 1, 2014 at 1:12 PM
Subject: Re: April 2014 Cash Flow Projections
To: Kevin Whyrick <<u>kwhyrick@envirotechservices.com</u>>

Kevin,
Please find attached my Cash Flow Projection for April 2013.

Basically, my position is more conservative with Cash inflows and more liberal with Cash Outflows.

Cash Inflows only include March sales due to paid in April and only the P.O.'s we have right now that has been released by International Forest Products based on what Fran has told me (44 trucks @3410.00 per truck).  Now of course there may be more orders for IFP in April to take all of the production, but YOU NEVER CAN COUNT ON MAYBE'S (smile).

Cash Outflows are based on March 2014 and I've adjusted down for one-time expenditures where we are not going to pay (e.g. Lowell IDPC was $230K in March and other vendors).  Payroll outflows are based on March 2014 actuals, but there was some significant overtime that John is attempting to scale back, so we might have a pick up there, but YOU CAN NEVER COUNT ON MAYBE's (smile).
In conversations with John, there are no capital expenditures planned in April.

Hope this helps and if you have any questions feel free to e-mail or call.

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office: <u>(540) 205-2440</u> Ext# 102
Mobile: <u>(540) 642-3858</u>
Fax:   <u>(540) 205-2455</u>
E-mail: <u>mdonaldson@traefuels.com</u>

--
Kevin C. Whyrick
Vice President - Finance
EnviroTech Services, Inc.

910 54th Avenue, Suite 230
Greeley, CO 80634
Office: (970) 346-3900

**Confidentiality Notice:**
The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.

TRAE-PROD0006298

# EXHIBIT 73

**To:** John Frink[jfrink@traefuels.com]
**From:** Michael Donaldson
**Sent:** 2014-01-24T11:37:50-05:00
**Importance:** Normal
**Subject:** Re: Follow-Up Item completed (From today's Contract's Meeting)
**Received:** 2014-01-24T11:37:50-05:00

John,
OK, sounds good!

Mike

On Fri, Jan 24, 2014 at 10:10 AM, John Frink <jfrink@traefuels.com> wrote:

Michael,
When I am back next week we will need to spend some time with the costing and our desired bottom line. The margins are a lot closer than I thought, but I am not sure Christian can sell for more . Chris stated that we are in line with the original proforma and I don't think we are so I would like to run the numbers and make sure. Thanks



John Frink

General Manager

540 205-2440 (office)

540 205-2455 (fax)

540 642-2067 (cell)

jfrink@traefuels.com

www.traefuels.c

On Thu, Jan 23, 2014 at 3:58 PM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

Good afternoon everyone:
As the Bio-Holz contract deal is a go, I have completed my follow-up item and have forwarded to Christian the wire-transfer instructions for the customer to initiate the prepayment.

Thanks,

Mike

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0003241

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office: (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax: (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0003242

# EXHIBIT 74

**To:**      Chris LaRocco[clarocco@envirotechservices.com]
**Cc:**      John Frink[jfrink@traefuels.com]
**From:**    Michael Donaldson
**Sent:**    2014-07-02T10:49:52-04:00
**Importance:**      Normal
**Subject:** Re: Cash Flow - June Actual and July projection
**Received:**        2014-07-02T10:49:52-04:00

Chris,

I did work on July projected. You asked me to do June actuals and July projection. However, I can try to work on it for August and Sept if you like?.

Again, beyond Steve Maneri, there are "NO SALES" I'm not comfortable putting in any revenue numbers until we have contracts. If we were an operation with some history with our customers, I would feel more comfortable providing revenue numbers. We are a start-up with some international leads, but some of those customers may have negative experiences in the past. So, for August and Sept, based on John's outlook and conversations with Steve Maneri, we anticipate that we can do 5500 tons for him, which equates to $935,000 in revenue for August and September respectfully.

Thanks,

Mike Donaldson


On Wed, Jul 2, 2014 at 9:28 AM, Chris LaRocco <clarocco@envirotechservices.com> wrote:

Michael:
Looking at the June actual do you need to change any of the Projected line items for Jul, Aug & Sept?


On Wed, Jul 2, 2014 at 8:56 AM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

John/Chris,
June's numbers are actual and tie to the 6/30/2014 Cash Balance.

For July I put some actuals in, Chris Larocco put some estimates in that are way over the June actuals for the same category. I did not change them, as I'm unsure of his logic. In turn for SGA, I had over 300K for actuals, he only 65K, so I did not change that either as other areas (i.e. Raw Material is a big swing from June actuals-which I did to July estimates, which are Chris's estimates).
--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile:  (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com


--
Respectfully;

Chris LaRocco
Corporate Strategist

*EnviroTech Services, Inc*
9663 Berrien St.

TRAE-PROD0009195

Suite 1
Union Pier Michigan, 49129

*Work: 970-346-3923*
*Ext: 407*
Cell: 773.875.2053
Fax: 269-645-5909
Web: www.envirotechservices.com

**Confidentiality Notice:**
The information contained in this electronic communication may be privileged work product, or otherwise confidential information. If
  you have accidentally received this communication, you are hereby notified that any disclosure, dissemination, distribution, or
  copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by e-
  mail, attaching the original message, and delete the original message from your computer, and any network to which your computer
  is connected.

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0009196

# EXHIBIT 75

**To:**       Chris LaRocco[clarocco@envirotechservices.com]
**From:**     Michael Donaldson
**Sent:**     2014-06-18T14:33:19-04:00
**Importance:**   Normal
**Subject:**  Fwd: IFS Test
**Received:**         2014-06-18T14:33:19-04:00

Chris,
This came from Vince.  However, as you mentioned we will not be creating purchase req's, correct?

---------- Forwarded message ----------
From: **Vincent LaBarbera** <vlabarbera@envirotechservices.com>
Date: Wed, Jun 18, 2014 at 1:29 PM
Subject: Re: IFS Test
To: Fran Holliday <fholliday@traefuels.com>, Michael Donaldson <mdonaldson@traefuels.com>


Michelle has finished the IFS setup and I have copied the production database to the test environment.  You should be able
to log into TEST75 and practice creating purchase reqs now if you like.
Thanks,


**Vincent A. LaBarbera**

**I.T. Manager | EnviroTech Services, Inc.**


Office:   (970) 346-3900 x142

Fax:      (970) 346-3959

Mobile:   (970) 396-2965

eMail:    vlabarbera@envirotechservices.com





On Wed, Jun 18, 2014 at 9:45 AM, Vincent LaBarbera <vlabarbera@envirotechservices.com> wrote:

Fran,
Just had a conversation with Michelle and she is in the process of setting up all of the controls needed to allow this to
happen.  The controls need to be set up individually for Trae-Fuels in IFS.  The existing controls which were created for
EnviroTech will not work for you.  This is a fairly involved process so I'm not sure when it will be available for you to
test. When I hear from her I will be sure to let you know.

Thank you,


**Vincent A. LaBarbera**

**I.T. Manager | EnviroTech Services, Inc.**

Office:   (970) 346-3900 x142

Fax:   (970) 346-3959

Mobile:   (970) 396-2965

eMail:   vlabarbera@envirotechservices.com



On Wed, Jun 18, 2014 at 9:18 AM, Fran Holliday <fholliday@traefuels.com> wrote:

We have to start doing reqs & PO for every purchase made starting Monday


Fran Holliday
Office Manager
540 205-2440 (office)
540 205-2455 (fax)
540 942-2727 (cell)
fholliday@traefuels.com
www.traefuels.com

On Wed, Jun 18, 2014 at 11:00 AM, Vincent LaBarbera <vlabarbera@envirotechservices.com> wrote:

Just for clarification, are you trying to test set limits on purchase reqs for non inventory parts?  For example if someone is trying to purchase $1000 of office supplies are you trying to set a restriction so that someone will need to authorize that purchase req?
Thanks,

**Vincent A. LaBarbera**

**I.T. Manager | EnviroTech Services, Inc.**

Office:   (970) 346-3900 x142

Fax:   (970) 346-3959

Mobile:   (970) 396-2965

eMail:   vlabarbera@envirotechservices.com



On Wed, Jun 18, 2014 at 8:50 AM, Fran Holliday <fholliday@traefuels.com> wrote:

Vince

Michael and I are using test to practice purchasing items like reqs, PO's etc. but we are not one of the coordinators.  Can you fix this?



Fran Holliday
Office Manager
540 205-2440 (office)
540 205-2455 (fax)
540 642-2727 (cell)
fholliday@traefuels.com
www.traefuels.com

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0008702

# EXHIBIT 76

**To:** Fran Holliday[fholliday@traefuels.com]
**Cc:** Clayton Walker[cwalker@traefuels.com]; Michelle Mills[mmills@envirotechservices.com]; Kevin Whyrick[kwhyrick@envirotechservices.com]; Gohar Wise[gwise@envirotechservices.com]; John Frink[jfrink@traefuels.com]; Chris LaRocco[clarocco@envirotechservices.com]
**From:** Michael Donaldson
**Sent:** 2014-06-27T18:20:47-04:00
**Importance:** Normal
**Subject:** RE: Purchase Order - Supplier Information
**Received:** 2014-06-27T18:20:47-04:00

Hi Fran,
In implementing the new purchase order system we have found that we could not create P.O.'s for two vendors, because the some data in the supplier master menu under the purchase address info tab was missing (Supplier Name , Del Term and Ship Via).

As we've created two P.O.'s in the system and had this situation with both vendors, I believe that between you and I we need to review all the supplier's and make sure they have the correct info. Otherwise, the team can enter and authorize requisitions, but won't be able to obtain a Purchase Order Number which is really the end result.

As this is a priority, we'll need to sit down on Monday morning and discuss this and work together to ensure the team can generate purchase orders.

Thanks,

Mike


--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office: (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0009060

# EXHIBIT 77

**To:**        Beth Aleman[baleman@envirotechservices.com]
**Cc:**        John Frink[Jfrink@traefuels.com]; Fran Holliday[fholliday@traefuels.com]
**From:**      Michael Donaldson
**Sent:**      2014-08-04T12:24:14-04:00
**Importance:**          Normal
**Subject:**   Re: Missed Deadline for Insurance Coverage
**Received:**            2014-08-04T12:24:14-04:00

Beth:

The new hires that were brought on at the end of the month this past week were repeatedly told, both when they had the insurance options explained to them/when they started work and afterwards. They were told that they might did not have their paperwork in and signed up on Paycor that they would not be eligible until September. I informed them, to get us back to us the next day, as their was a possibility (not guaranteed) that their insurance might be effective by August 1, 2014.

This was reinforced several times to them by both Fran and I. So, the onerous is on the employees to get their paper work back, enter into Paycor, etc. after they discuss it with their families, etc.

The only way, I can think to try to alleviate this problem (not guaranteed) is not to bring employees on after a certain date of the month, maybe the 23rd (gives them a week to get back their forms,etc), but that might impair operational planning for management.

Thanks and have a great day!

Mike


On Mon, Aug 4, 2014 at 11:15 AM, Beth Aleman <baleman@envirotechservices.com> wrote:

Morning,
Once again we have missed the last day of the month for getting your new employees signed up for insurance. Singed paperwork is required for health, dental, and vision insurance. Carriers do not accept anything but the completed documents with signatures. What are you plans for correcting this? My last email on July 28th reminded you of the deadline.


--
Beth Aleman PHR
Human Resources Manager
*EnviroTech Services, Inc*
*910 54th Ave, Suite 230*
*Greeley, CO 80634*
*970-346-3904*

Website: www.envirotechservices.com
Twitter:


  @envirotechsvcs
Facebook:


  envirotechservices


--

TRAE-PROD0010198

Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0010199

# EXHIBIT 78

**To:**       Kevin Whyrick[kwhyrick@envirotechservices.com]
**From:**    Michael Donaldson
**Sent:**    2014-05-30T10:49:40-04:00
**Importance:**    Normal
**Subject:**   Re: Mike Donaldson - 2nd Opinion's
**Received:**    2014-05-30T10:49:40-04:00

Kevin,

I just wanted to update you that I'll be out of the office, June 10-12, 2014 as I'll be going to Cancer Treatment Center of America in Philadelphia for an evaluation for 2nd opinion, plus they advise on a lot of other issues nutrition, etc.

On June 23, 2014, I'll be going to Baltimore, MD for an evaluation at John's Hopkins.

These are top of the line treatment centers for my diagnosis and I did learn that if I had of started treatment with the local doctor, then I would be ruled out of any possible trials that I might qualify for.

It seems like I will have to undertake the dreadful C treatment, which I wish I could avoid, but I guess I'll have to do it if I keep the end game in mind.  What I understand so far, is that those treatment are once every two weeks.  After my last visit on June 23rd with John's Hopkins then I'll guess I have the appropriate treatment plan to begin by July 1 or sooner.

Again, thanks for the encouragement


Mike
--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:     (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0008176

# EXHIBIT 79

**To:**      Michael Donaldson[mdonaldson@traefuels.com]
**From:**    Debby Vannest
**Sent:**    2014-06-16T17:12:59-04:00
**Importance:**   Normal
**Subject:**   Re: How are things going?
**Received:**      2014-06-16T17:12:59-04:00

Sounds good.  Let me know if you have any questions when you go to shop order these.

Thanks,

Debby Vannest
Logistics Analyst
EnviroTech Services Inc | 910 54th Ave.  Suite 230 | Greeley CO 80634
Direct Line: 970-395-7735 | Mobile: 970-396-1068 | Fax: 970-346-3959
eMail: dvannest@envirotechservices.com
Website: www.envirotechservices.com
Twitter:

@envirotechsvcs
Facebook:

envirotechservices

*PEOPLE HELPING PEOPLE IMPROVE THEIR ENVIRONMENT*

On Mon, Jun 16, 2014 at 1:55 PM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

Hi Debby,
Not yet.  I have some other shop orders to do as well. I was away 3 days last week for a treatment evaluation in
Philadelphia and got back to work on Friday morning.  Meetings, Checks to cut and other things going on.

Hopefully, I can get to them tomorrow, as well as shop orders.  Clayton was on vacation all last week and he has all the
logs trying to verify and put them together. I stoppled by his office and he thought he might be done today or early
tomorrow and I informed him that I needed them to update the information in the system.

Thanks and have a great afternoon!

Mike

On Mon, Jun 16, 2014 at 10:06 AM, Debby Vannest <dvannest@envirotechservices.com> wrote:

Were you able to get the bagging production logs entered in IFS?

Thanks,

Debby Vannest
Logistics Analyst
EnviroTech Services Inc | 910 54th Ave.  Suite 230 | Greeley CO 80634
Direct Line: 970-395-7735 | Mobile: 970-396-1068 | Fax: 970-346-3959
eMail: dvannest@envirotechservices.com
Website: www.envirotechservices.com
Twitter:

@envirotechsvcs
Facebook:

envirotechservices

*PEOPLE HELPING PEOPLE IMPROVE THEIR ENVIRONMENT*

On Mon, Jun 16, 2014 at 6:55 AM, Michael Donaldson <mdonaldson@traefuels.com> wrote:

Debby,
Good to hear from you. I hope that you had a good weekend.  Things are going well, thanks for asking.

Have a great day!

Mike

On Fri, Jun 13, 2014 at 3:17 PM, Debby Vannest <dvannest@envirotechservices.com> wrote:

Thanks,

Debby Vannest
Logistics Analyst
EnviroTech Services Inc | 910 54th Ave.  Suite 230 | Greeley CO 80634
Direct Line: 970-395-7735 | Mobile: 970-396-1066 | Fax: 970-346-3959
eMail: dvannest@envirotechservices.com
Website: www.envirotechservices.com
Twitter:

@envirotechsvcs
Facebook:

envirotechservices

*PEOPLE HELPING PEOPLE IMPROVE THEIR ENVIRONMENT*

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024
Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

--
Michael A. Donaldson
Controller

Trae-Fuels
1376 Fredericks Hall Road
Bumpass, VA 23024

TRAE-PROD0008627

Office:  (540) 205-2440 Ext# 102
Mobile: (540) 642-3858
Fax:    (540) 205-2455
E-mail: mdonaldson@traefuels.com

TRAE-PROD0008628