IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ONE-DAY ENLARGMENT OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6, Defendants Trae Fuels, LLC and EnviroTech Services, Inc. hereby move for a one-day enlargement of time within which to file their reply in support of their motion for summary judgment. In support of the motion, Defendants show the Court the following:

1. Defendants filed their motion for summary judgment on October 31, 2019;

2. Pursuant to the modified briefing scheduled agreed by the parties and approved by the Court, Plaintiff timely filed his opposition on November 11;

3. The opposition attaches 80 separate exhibits consisting of 392 pages of documents and transcripts;

4. Due to the large number of exhibits to be reviewed, the Defendants respectfully request that the Court enlarge the time within which Defendants

may file their reply memorandum by one day.   Defendants request permission to file their reply brief on Monday, November 18 rather than Friday, November 15.

5. Because the hearing on the motion has now been set for November 25, the briefing will be completed one week in advance of the hearing.
6. Plaintiff's counsel did not respond to a request to consent to the relief requested herein.

For good cause shown the motion should be granted.

Dated: November 12, 2019.

                              Respectfully submitted,

                              /s/ Jackson S. Nichols
                              _____
                              Jackson S. Nichols, Esq.
                              (VSB # 87225)
                              Cohen Seglias Greenhall Pallas & Furman PC
                              1828 L. Street, N.W.
                              Suite 705
                              Washington, D.C.  20036
                              (202) 466-4110
                              [JNichols@CohenSeglias.com](mailto:JNichols@CohenSeglias.com)

                              --and—

/s/ Lars H. Liebeler
_____

Lars H. Liebeler, Esq. *(admitted pro hac vice)*
Lars Liebeler PC
1828 L. Street, N.W.
Suite 705
Washington, D.C. 20036
(202) 774-1510
LLiebeler@LHL-LawFirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have on November 12, 2019 served all the parties in this case with this **Motion for Enlargement of Time** in accordance with the notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

/s/ Lars H. Liebeler
_____
Lars H. Liebeler, Esq.