IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| **MICHAEL DONALDSON,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:18CV00097 ) |
| **TRAE FUELS, LLC., et al.** | ) ) |
| Defendants. | ) ) ) |

**[PROPOSED ORDER]**

Defendant Trae Fuels, LLC and Defendant EnviroTech Services, Inc. have moved for a one-day enlargement of time within which to file their reply memorandum in support of summary judgment. For good cause shown, the motion is hereby GRANTED and Defendants shall file their reply memorandum no later than November 18, 2019.

SO ORDERED this ____ day of _____.

_____
U.S. District Judge