# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE for CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **MICHAEL DONALDSON** | Action No:   318CV00097 |
| | Date:   11/25/2019 |
| vs. | Judge:   Hon. Glen Conrad |
| | Court Reporter:   Judy Webb |
| **TRAE FUELS, LLC, et al** | Deputy Clerk:   Susan Moody |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Jack Jarrett, III, Esq. | Lars Liebeler, Esq. |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| None | None |

PROCEEDINGS:
Parties present by counsel for oral argument on Motion for Summary Judgment filed at #26.
Comments by court.

Court will grant in part/deny in part MSJ – Will proceed as to termination claim.
Witness List deadline extended to 12/2/2019.
Jury Instructions remain 12/3/2019.

Opinion to Follow.

Time in Court:   12:02 – 1:13 pm      1 hr 11 mins.