# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

MICHAEL DONALDSON,

     Plaintiff,

         v.

TRAE-FUELS, LLC, *et al.*

     Defendants.

Case No.: 3:18-cv-00097

## PLAINTIFF'S PRETRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the scheduling order in this case, Plaintiff Michael Donaldson identifies the following witnesses for trial (order yet to be determined):

**A.      Donaldson expects to call the following witnesses:**

1.  Plaintiff Michael Donaldson

2.  Kevin Whyrick

3.  Beth Aleman

4.  Frances Holliday Olbert

5.  Chetan Pai, D.O.

6.  Christy Donaldson

7.  Dr. Derek Ross

**B.      Donaldson may call the following witnesses if the need arises:**

1.  John Frink

2.  Roger Knoph

3.  Christopher LaRocco

4. Debby Vannest

5. Michelle Mills

6. Gohar Wise

7. Clayton Walker

8. Christian Bach

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the scheduling order in this case, Plaintiff Michael Donaldson submits his Exhibit List.  This list presents the exhibits that Donaldson either intends to use at trial or, as circumstances warrant, may determine to use at trial. Donaldson reserves the right to amend this list upon review of Defendants' exhibit list as necessary and consistent with the Federal Rules of Civil Procedure and local rules of this Court.  Donaldson further reserves the right to use at trial any documents not identified on this list for purposes of impeachment or rebuttal.

Donaldson expects to offer the following exhibits:

| Exhibit # | Item Description | Bates # |
|---|---|---|
| 1 | 12/26/13 email | Trae 2227-29 |
| 2 | 4/30/14 email | Trae 7335-7338 |
| 3 | 5/29/14 email | Trae 8084 |
| 4 | 12/19/13 email | Trae 2105-07 |
| 5 | 1/22/14 email | Trae 3160-61 |
| 6 | 2/6/14 email | Trae 4053-54 |
| 7 | 2/19/14 email | Trae 4637 |
| 8 | 11/8/13 email | Trae 747-48 |
| 9 | 12/18/13 email | Trae 2028 |
| 10 | 1/2/14 email | Trae 2444-49 |
| 11 | 1/9/14 email | Trae 2660 |
| 12 | 1/15/14 email | Trae 2826 |
| 13 | 2/8/14 email | Trae 4613-14 |
| 14 | 3/18/14 email | Trae 5833 |
| 15 | 3/21/14 email | Trae 5958-59 |
| 16 | 12/27/13 email | Trae 2330 |
| 17 | 1/7/14 email | Trae 2587 |
| 18 | 2/18/14 email | Trae 4509-11 |

| 19 | 4/1/14 email | Trae 6297-98 |
| 20 | 5/20/14 email | Trae 7921-25 |
| 21 | 5/20/14 email | Trae 7927-31 |
| 22 | 5/27/14 email | Trae 8108-09 |
| 23 | 6/9/14 email | Trae 8429-30 |
| 24 | 5/29/14 email | Trae 8104 |
| 25 | 6/2/14 email | Trae 8256-57 |
| 26 | 6/9/14 email | Trae 8429-31 |
| 27 | 6/26/14 email | Trae 8962-63 |
| 28 | 7/22/14 email | Trae 9760-62 |
| 29 | Whyrick report | Trae 28-31 |
| 30 | Mills report | Trae 6-7 |
| 31 | 6/21/14 email | Trae 8816 |
| 32 | 7/22/14 email | Trae 9781-85 |
| 33 | 6/17/14 email | Trae 8671-72 |
| 34 | 5/20/14 email | Trae 7886 |
| 35 | 5/20/14 email | Trae 7911-14 |
| 36 | 7/23/14 email | Trae 9828 |
| 37 | 6/9/14 email | Trae 8468-69 |
| 38 | Termination letter | Trae 58 |
| 39 | 2/20/14 email | Trae 4786-87 |
| 40 | EEOC Position Statement | Trae 19-35 |
| 41 | 5/20/14 email | Trae 7910 |
| 42 | 5/29/14 email | Trae 8147-48 |
| 43 | 5/30/14 email | Trae 8178 |
| 44 | 6/3/14 email | Trae 8290 |
| 45 | 6/3/14 email | Trae 8298-300 |
| 46 | 6/16/14 email | Trae 8618 |
| 47 | 6/17/14 email | Trae 8637-38 |
| 48 | 7/3/14 email | Trae 9246-47 |
| 49 | Defendants' Discovery Responses | n/a |
| 50 | 4/30/14 email | Trae 7314-15 |
| 51 | 4/30/14 email | Trae 7324-26 |
| 52 | 5/29/14 email | Trae 8084 |
| 53 | 5/5/14 email | Trae 7476-78 |
| 54 | 5/19/14 email | Trae 7866 |
| 55 | 12/17/13 email | Trae 2297 |
| 56 | 2/14/14 email | Trae 4348-49 |
| 57 | 3/18/14 email | Trae 5833 |
| 58 | Employee counseling form | Trae 20 |
| 59 | 1/16/14 email | Trae 2896-900 |
| 60 | 1/20/14 email | Trae 3039 |
| 61 | 1/24/14 email | Trae 3241-42 |
| 62 | 2/13/14 email | Trae 4258-59 |
| 63 | 2/16/14 email | Trae 4028-29 |

| 64 | 4/3/14 email | Trae 6467-70 |
| 65 | 12/27/13 email | Trae 2330 |
| 66 | 1/7/14 email | Trae 2587 |
| 67 | 4/1/14 email | Trae 6297-98 |
| 68 | 1/24/14 email | Trae 3241-42 |
| 69 | 7/2/14 email | Trae 9195-96 |
| 70 | 6/18/14 email | Trae 8700 |
| 71 | 6/27/14 email | Trae 9060 |
| 72 | 8/4/14 email | Trae 10198-99 |
| 73 | 5/30/14 email | Trae 8176 |
| 74 | 6/16/14 email | Trae 8626-28 |
| 75 | Mary Washington Hospital Lab Order | Don. 182-83 |
| 76 | Gastroenterology Assoc. of Fredericksburg Report | Don. 184-86 |

Donaldson may introduce the following exhibits if the need arises:

| Exhibit # | Item Description | Bates # |
| --- | --- | --- |
| 77 | 1/13/14 email | Trae 2706 |
| 78 | 1/16/14 email | Trae 2907 |
| 79 | 1/16/14 email | Trae 2946-52 |
| 80 | 1/16/14 email | Trae 2968-69 |
| 81 | 1/20/14 email | Trae 3039 |
| 82 | 1/21/14 email | Trae 3079 |
| 83 | 1/24/14 email | Trae 3219-20 |
| 84 | 1/24/14 email | Trae 3238-39 |
| 85 | 2/10/14 email | Trae 4137 |
| 86 | 2/11/14 email | Trae 4198 |
| 87 | 2/12/14 email | Trae 4200-01 |
| 88 | 2/18/14 email | Trae 4458 |
| 89 | 2/20/14 email | Trae 4719-20 |
| 90 | 2/27/14 email | Trae 5229 |
| 91 | 2/21/14 email | Trae 4797-98 |
| 92 | 3/3/14 email | Trae 5280 |
| 93 | 3/18/14 email | Trae 5778 |
| 94 | 3/18/14 email | Trae 5834-37 |
| 95 | 3/18/14 email | Trae 5856 |
| 96 | 3/28/14 email | Trae 6206 |
| 97 | 3/28/14 email | Trae 6216 |
| 98 | 3/31/14 email | Trae 6233-34 |
| 99 | 3/31/14 email | Trae 6253 |
| 100 | 4/2/14 email | Trae 6344-45 |
| 101 | 4/7/14 email | Trae 6557-58 |
| 102 | 4/14/14 email | Trae 6733-42 |
| 103 | 4/16/14 email | Trae 6914-15 |
| 104 | 4/16/14 email | Trae 6916 |

| 105 | 4/22/14 email | Trae 7138-42 |
|-----|---------------|--------------|
| 106 | 4/24/14 email | Trae 7156 |
| 107 | 4/25/14 email | Trae 7196-210 |
| 108 | 5/7/14 email | Trae 7573-82 |
| 109 | 5/8/14 email | Trae 7616-17 |
| 110 | 5/19/14 email | Trae 7857 |
| 111 | 5/20/14 email | Trae 7870-74 |
| 112 | 5/27/14 email | Trae 8042-43 |
| 113 | 5/27/14 email | Trae 8050-52 |
| 114 | 6/3/14 email | Trae 8273-74 |
| 115 | 6/3/14 email | Trae 8292-94 |
| 116 | 6/9/14 email | Trae 8462-64 |
| 117 | 6/9/14 email | Trae 8465 |
| 118 | 6/9/14 email | Trae 8473-76 |
| 119 | 6/13/14 email | Trae 8565 |
| 120 | 6/17/14 email | Trae 8640-41 |
| 121 | 6/17/14 email | Trae 8648-53 |
| 122 | 6/20/14 email | Trae 8792 |
| 123 | 6/30/14 email | Trae 9087-88 |
| 124 | 7/1/14 email | Trae 9166-67 |
| 125 | 7/2/14 email | Trae 9211 |
| 126 | 7/14/14 email | Trae 9446 |
| 127 | 7/14/14 email | Trae 9447 |
| 128 | 7/16/14 email | Trae 9593-96 |
| 129 | 7/21/14 email | Trae 9735 |
| 130 | 7/30/14 email | Trae 10093-95 |
| 131 | 7/30/14 email | Trae 10103 |
| 132 | 7/31/14 email | Trae 10112 |
| 133 | 8/2/14 email | Trae 10160 |
| 134 | 8/11/14 email | Trae 10366 |
| 135 | 8/12/14 email | Trae 10438-42 |
| 136 | 8/17/14 email | Trae 10531 |
| 137 | 8/18/14 email | Trae 10622 |
| 138 | 8/20/14 email | Trae 10704 |

Dated: December 2, 2019                                      RESPECTFULLY SUBMITTED,

By: _/s/Jack Jarrett_____
Jack Jarrett (VSB #86176)
Alan Lescht and Associates, PC
1825 K Street, NW Suite 750
Washington, D.C. 20006
202-463-6036
202-463-6067 (fax)

jack.jarrett@leschtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2019, I filed the foregoing with the Clerk of

Court using the Court's CM/ECF system, which will send a notification of such filing to each

counsel of record in this matter.

/s/

Jack Jarrett (VSB #86176)
*Counsel for Plaintiff*