IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| MICHAEL DONALDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAE FUELS, LLC., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 3:18CV00097<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RULE 26(a)(3) PRE-TRIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(3), Defendants Trae Fuels, LLC and EnviroTech Services, Inc. hereby submit their witness and exhibit list.

**I.   Witness List**

Defendants expect to call the following witnesses at trial:

1. Kevin Whyrick.
2. Beth Aleman.
3. Chris LaRocco.
4. Michelle Mills.
5. John Frink.
6. Michael Donaldson.

Defendants may call the following witnesses if the need arises:

7. Roger Knoph

8. Gohar Wise

9. Clayton Walker

10. Frances Holiday Olbert

11. Any witness identified on Plaintiff's witness list.

12. Any witness necessary for impeachment or rebuttal.

## II. Exhibit List

Defendants Trae Fuels and EnviroTech Services expect to introduce the following exhibits at trial:

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 1 | Email Exchanges 1/31/14 | Trae 3592, 3612-13, 3639-40, 3650-52 |
| 2 | Email Exchanges 1/3/14 | Trae 2472-73 |
| 3 | Email Exchanges 2/24/14 | Trae 5031-33 |
| 4 | Mills / Donaldson Emails 3/17/14 | Trae 5823-25 |
| 5 | Mills / Donaldson Email 3/20/14 | Trae 5970-71 |
| 6 | Email Exchanges 4/1/14 | Trae 6288-89 |
| 7 | Email Exchanges 4/14/14 | Trae 6754-56 |
| 8 | Email Exchanges 5/8/14 | Trae 7616-17 |
| 9 | Email Exchanges 5/20/14 | Trae 7933-37 |
| 10 | Donaldson Email 6/3/14 | Trae 8275 |
| 11 | LaRocco Email 6/5/14 | Trae 8367-68 |
| 12 | Email Exchanges and Employee Counseling Notice 6/4/14 | Trae 8429-34 Trae/Enviro 000020 |
| 13 | LaRocco Email 6/8/14 | Trae 8411 |
| 14 | Donaldson Email 6/9/14 | Trae 8427 |
| 15 | Email Exchanges 6/9/14 | Trae 8456-61 |
| 16 | Email Exchanges 6/17/14 | Trae 8634-38 |
| 17 | Letter Re Capital Call 6/18/14 | |
| 18 | LaRocco Email 6/21/14 | Trae 8816 |
| 19 | Email Re Capital Call 6/23/14 | |
| 20 | LaRocco Email and Performance Observations 6/26/14 | Trae 8962-64 |
| 21 | Email Exchanges 7/16/14 | Trae 9585-86, 89-90 |
| 22 | Aleman Handwritten Notes 7/17/14 | Trae/Enviro 000057 |
| 23 | Whyrick Email 7/17/14 | Trae 9593-96 |
| 24 | Email Exchanges 8/4/14 | Trae 10196, 10200-01 |

| 25 | Whyrick Observations RE Donaldson 7/3/14 | Trae/Enviro 000028 |
| --- | --- | --- |
| 26 | Mills: Michael Donaldson Report | Trae/Enviro 000006 |
| 27 | Email Exchanges 8/6-8/7/14 | Trae 10270-73 |
| 28 | Donaldson Email 8/17/14 | Trae 10709-10711 |
| 29 | Plaintiff's Complaint | |
| 30 | Plaintiffs' Supplemental Objections and Responses to Defendants' Interrogatories | |
| 31 | Defendants May Introduce Any Exhibit Attached to Plaintiff's Opposition to Summary Judgment | |
| 32 | Defendants May Introduce Any Exhibit Identified on Plaintiff's Exhibit List | |
| 33 | Unemployment Statistics from the U.S. Department of Labor, Bureau of Labor Statistics: National, State, County | |

Dated: December 2, 2019.

                        Respectfully submitted,

                        /s/ Jackson S. Nichols
                        _____
                        Jackson S. Nichols, Esq.
                        (VSB # 87225)
                        Cohen Seglias Greenhall Pallas & Furman PC
                        1828 L. Street, N.W.
                        Suite 705
                        Washington, D.C.  20036
                        (202) 466-4110
                        JNichols@CohenSeglias.com

                        --and—

/s/ Lars H. Liebeler
_____

Lars H. Liebeler, Esq. *(admitted pro hac vice)*
Lars Liebeler PC
1828 L. Street, N.W.
Suite 705
Washington, D.C. 20036
(202) 774-1510
LLiebeler@LHL-LawFirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have on December 2, 2019 served all the parties in this case with this **Rule 26(a)(3) Pre-Trial Disclosures** in accordance with the notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

/s/ Lars H. Liebeler
_____
Lars H. Liebeler, Esq.