IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, ) | |
| ) | |
| Plaintiff, ) | Case No: 3-18-cv-00097 |
| ) | |
| v. ) | |
| ) | |
| TRAE FUELS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PRE-TRIAL DISCLOSURES**

Plaintiff, Michael Donaldson, through undersigned counsel, hereby respectfully submits the following list of objections to Defendants' Rule 26(a)(3) disclosures.

**OBJECTIONS TO TRIAL EXHIBITS**

These objections reflect the present status of the above-captioned matter. As such, by not objecting to certain exhibits on the ground of relevance or foundation, Plaintiff does not waive any such objection based on the use of any exhibit because of developments at trial.

Several of these objections are objections only to the introduction and admission of the exhibit as affirmative evidence, and as such, Plaintiff reserves the right to use any exhibit, whether listed or not, as impeachment or rebuttal exhibits, if necessary.

Plaintiff reserves the right to waive any of these objections, interpose objections based on authenticity, foundation, and, depending on usage, hearsay, and to add to these objections based on any ruling this Court might enter. Plaintiff also reserves the right to amend these objections

1

should further developments warrant (including, but not limited to, if Defendant submits a revised exhibit list).

| Exhibit Number | Defendant's Description | Objection |
| --- | --- | --- |
| 1 | Email Exchanges 1/31/14 | Relevance (401), Hearsay (802) |
| 2 | Email Exchanges 1/3/14 | Relevance (401), Hearsay (802) |
| 3 | Email Exchanges 2/24/14 | Relevance (401), Hearsay (802) |
| 4 | Mills/Donaldson Emails 3/17/14 | Relevance (401), Hearsay (802) |
| 5 | Mills/Donaldson Email 3/20/14 | Relevance (401) |
| 6 | Email Exchanges 4/1/14 | Relevance (401); Hearsay (802) |
| 7 | Email Exchanges 4/13/14 | Relevance (401); Hearsay (802) |
| 8 | Email Exchanges 5/8/14 | Relevance (401); Hearsay (802) |
| 9 | Email Exchanges 5/8/14 | Relevance (401) |
| 10 | Donaldson Email 6/3/14 | Relevance (401) |
| 11 | LaRocco Email 6/5/14 | Hearsay (802) |
| 12 | Email Exchanges and Employee Counseling Notice 6/14/14 | Relevance (401); Hearsay (802) |
| 13 | LaRocco Email 6/8/14 | Relevance (401) |
| 14 | Donaldson Email 6/8/14 | Relevance (401) |
| 15 | Email Exchanges 6/9/14 | Relevance (401) |
| 16 | Email Exchanges 6/17/14 | Relevance (401); Hearsay (802) |
| 17 | Letter Re Capital Call 6/18/14 | Plaintiff objects to the extent that Defendant violated FRCP 26 and 37 by failing to disclose this document in discovery. FRCP 37 prohibits use of documents not disclosed during discovery. *See also* FRCP 26(a)(1)(A)(ii) (requiring disclosure of all documents that a party may use to support its claims). |
| 18 | LaRocco Email 6/21/14 | Hearsay (802) |
| 19 | Email Re Capital Call 6/23/14 | Plaintiff objects to the extent that Defendant violated FRCP 26 and 37 by failing to disclose this document in discovery. FRCP 37 |

2

| # | Description | Objection |
|---|---|---|
| | | prohibits use of documents not disclosed during discovery. *See also* FRCP 26(a)(1)(A)(ii) (requiring disclosure of all documents that a party may use to support its claims). |
| 20 | LaRocco Email and Performance Observations 6/26/14 | Hearsay (802); Authenticity |
| 21 | Email Exchanges 7/16/14 | Hearsay (802); Relevance (401) |
| 22 | Aleman Handwritten Notes 7/27/14 | Authenticity |
| 23 | Whyrick Email 7/17/14 | Relevance (401); Hearsay (802) |
| 24 | Email Exchanges 8/4/14 | Relevance (401); Hearsay (802) |
| 25 | Whyrick Observations Re Donaldson 7/3/14 | Authenticity; Hearsay (802) |
| 26 | Mills: Michael Donaldson Report | Authenticity; Hearsay (802) |
| 27 | Email Exchanges 8/6-8/7/14 | Relevance (401) |
| 28 | Donaldson Email 8/17/14 | Relevance (401); Hearsay (802) |
| 29 | Plaintiff's Complaint | No objection. |
| 30 | Plaintiff's Supplemental Objections and Responses to Defendants' Interrogatories | No objection. |
| 31 | Defendants May Introduce Any Exhibit Attached to Plaintiff's Opposition to Summary Judgment | Plaintiff objects that Defendant has failed to comply with the Court's Order requiring the parties to identify each exhibit it intends to introduce at trial. |
| 32 | Defendants May Introduce Any Exhibit Identified on Plaintiff's Exhibit List | |
| 33 | Unemployment Statistics from the U.S. Department of Labor, Bureau of Labor Statistics: National, State, County | Relevance (401), Hearsay (802), Authenticity

Plaintiff objects to the extent that Defendant violated FRCP 26 and 37 by failing to disclose this document in discovery. FRCP 37 prohibits use of documents not disclosed during discovery. See also FRCP 26(a)(1)(A)(ii) (requiring disclosure of all documents |

that a party may use to support its claims).

Dated: December 3, 2019

Alan Lescht and Associates, PC

By: /s/Jack Jarrett_____
Jack Jarrett (VSB #86176)
1825 K Street, NW, Suite 750
Washington, DC 20006
T: 202.463.6036
F: 202.463.6067
jack.jarrett@leschtlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, I filed the foregoing on the Clerk of Court using CM/ECF, which served notice on:

Jackson S. Nichols, Esq.
Cohen Seglias Greenhall Pallas & Furman PC
1828 L. Street, N.W.
Suite 705
Washington, D.C. 20036
(202) 466-4110
JNichols@CohenSeglias.com

Lars H. Liebeler, Esq. *(admitted pro hac vice)*
Lars Liebeler PC
1828 L. Street, N.W.
Suite 705
Washington, D.C. 20036
(202) 587-4747
LLiebeler@LHL-LawFirm.com

Respectfully Submitted,

/s/Jack Jarrett

Jack Jarrett (VSB #86176)

5