**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
VIRGINIA CHARLOTTESVILLE DIVISION**

|  |  |
|---|---|
| **MICHAEL DONALDSON,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| **TRAE FUELS, LLC., et al.** | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Krista Wallace, Esq., of the law firm Alan Lescht and Associates, PC, as counsel for Plaintiff, Michael Donaldson, in this matter.

Respectfully submitted,

MICHAEL DONALDSON

ALAN LESCHT AND ASSOCIATES, PC

By:   /s/Krista Wallace_____
Krista Wallace (#91154)
Alan Lescht and Associates
1825 K St., N.W., Suite 750
Washington, DC 20006
(202) 463-6036 (phone)
(202) 463-6067 (fax)
Krista.wallace@leschtlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2019, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send a notification of such filing to each counsel of record in this matter.

/s/
Krista Wallace (#91154)
*Counsel for Plaintiff*