IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:18CV00097 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TRAE-FUELS, LLC, et al., | ) By: Hon. Glen E. Conrad |
| | ) Senior United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The plaintiff's reasonable accommodation claim under the ADA is **DISMISSED** as abandoned; and

2. The defendants' motion for summary judgment on the plaintiff's claim of discriminatory termination under the ADA (Dkt. No. 26) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 5th day of December, 2019.

_____
Senior United States District Judge