# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| **MICHAEL DONALDSON,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| **TRAE FUELS, LLC., et al.** | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion for Leave for Witness to Appear Telephonically, and good cause appearing therefor, it is hereby ORDERED that the motion is GRANTED.

Entered this _____ day of _____, 2020

By: _____

Senior United States District Judge