IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 15 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| MICHAEL DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:18CV00097 |
| TRAE FUELS, LLC., et al. | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Leave for Witness to Appear Telephonically, and good cause appearing therefor, it is hereby ORDERED that the motion is GRANTED.

Entered this 15th day of January, 2020.

By: /s/ Glen E. Conrad
_____
Senior United States District Judge