# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day One 1/22/2020

**Case No.: 3:18CV00097**          **Date: 01/22/2020**

---

| | |
|---|---|
| **Michael Donaldson**<br>Plaintiff(s) | Counsel: Jack Jarrett, Esq.<br>Krista Wallace, Esq. |
| v. | Counsel: Lars Liebeler, Esq.<br>Paul Williamson, Esq. |
| **Trae Fuels, LLC & Envirotech Services**<br>Defendant(s) | |

---

**TIME IN COURT:** 9:44-12:12, 1:23-3:34, 3:47-4:55   5 hrs 47 mins.

PRESENT:   JUDGE:              Hon. Glen Conrad
           Deputy Clerk:       Susan Moody
           Court Reporter:     JoRita Meyer

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Dr. Chetan B. Pai<br>2. Michael Donaldson | 1. |

PROCEEDINGS:
Parties present and by counsel for oral argument on preliminary matters outside presence of jury. Jury panel reports to courtroom for voir dire.

    35 jurors present and sworn on Voir Dire.
    12 jurors struck for 11 for cause, 1 random srike by clerk
    8 jurors struck by Plaintiff.
    8 jurors struck by Defendant.
    7 member jury impaneled and sworn. Remaining jurors discharged.

☒ Preliminary remarks and instructions to jury by Court.
☒ Witnesses Excluded
☒ Opening Statements.
☒ Plaintiff presents evidence. Cross Exam, Motions and Rulings thereon and as to Admission of evidence as reflected in record.

To resume 1/23/2020 @ 8 am for Day Two of Jury Trial at request of Jury.