**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

**CIVIL MINUTES – JURY TRIAL**
Day Two

| | |
|---|---|
| **Case No.: 3:18CV00097** | **Date: 01/23/2020** |

| | |
|---|---|
| **Michael Donaldson**<br>Plaintiff(s) | Counsel: Jack Jarrett, Esq.<br>Krista Wallace, Esq. |
| v. | Counsel: Lars Liebeler, Esq.<br>Paul Williamson, Esq. |
| **Trae Fuels, LLC & Envirotech Services**<br>Defendant(s) | |

**TIME IN COURT:  8:00-8:52, 9:09-10:54, 11:12-11:38, 12:57-1:56, 2:09-5:40  7 hr 33 min**

PRESENT:   JUDGE:              Hon. Glen Conrad
           Deputy Clerk:       Susan Moody
           Court Reporter:     JoRita Meyer

LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Michael Donaldson (cross)<br>2. Frances Holliday<br>3. Kevin Whyrick<br>4. Amy Aleman<br>5. Chris LaRocco | 1. |

PROCEEDINGS:
Parties present and by counsel for day two of Jury Trial

☒    Witnesses Excluded

☒    Plaintiff continues adducing evidence. Cross Exam, Motions and Rulings thereon and as to admission of evidence as reflected in record. Plaintiff rests.

To resume 1/24/2020 @ 8 am Counsel Only/Jury to report @ 830 for Day 3 of Jury Trial