# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Three

**Case No.: 3:18CV00097**          **Date:  01/24/2020**

---

**Michael Donaldson**                    Counsel:  Jack Jarrett, Esq.
Plaintiff(s)                             Krista Wallace, Esq.

v.
                                         Counsel:  Lars Liebeler, Esq.
                                         Paul Williamson, Esq.
**Trae Fuels, LLC & Envirotech Services**
Defendant(s)

---

**TIME IN COURT:  8:10-10:13, 10:28-11:23, 12:15-1:35, 1:48-2:40, 5:48-5:53  5h 15 m**

PRESENT:    JUDGE:             Hon. Glen Conrad
            Deputy Clerk:      Susan Moody
            Court Reporter:    JoRita Meyer

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
|  | 1. Michelle Mills |
|  | 2. Chris LaRocco |
|  | 3. Kevin Whyrick |

PROCEEDINGS:
Parties present and by counsel for charge conference and oral argument on motions for judgment as matter of law by defendant, and by plaintiff.  Both denied for reasons stated on the record.

☒   Witnesses Excluded
☒   Defendants begin adducing evidence. Cross Exam, Motions and Rulings thereon and as to admission of evidence as reflected in record. Defendants rest. Rebuttal evidence. Rests.
☒   Jury removed. Parties renew motions for jgm as matter of law for record.  Denied.
☒   Jury returned. Closings by counsel for each side.
☒   Court delivers charge to jury.
☒   Jury retires to deliberate at 2:40 pm
☒   Jury returns with verdict for defts at 5:38 pm
☒   Remarks by Court – Jury released.
☒   Remarks by Court to Counsel and Parties
☒   Court recessed @ 5:53 pm