FILED IN OPEN COURT
DATE: 1/24/20
Susan Moody
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL DONALDSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:18CV00097 |
| ) | |
| v. ) | **VERDICT FORM** |
| ) | |
| TRAE-FUELS, LLC and ) | By: Hon. Glen E. Conrad |
| ENVIROTECH SERVICES, INC., ) | Senior United States District Judge |
| ) | |
| Defendants. ) | |

Do you find from a preponderance of the evidence that the plaintiff has met his burden of proof in establishing each element of his claim that the defendants terminated his employment on the basis of disability, in violation of the ADA?

Answer yes or no.   **no**

If you answered "yes" to this question, your verdict will be for the plaintiff. If you answered "no" to this question your verdict will be for the defendants.

1/24/2020
DATE

_[signature]_
SIGNATURE OF FOREPERSON

Tim Nowaczyk
PRINTED NAME OF FOREPERSON