CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 8 2020

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:18CV00097 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| TRAE-FUELS, LLC and ENVIROTECH SERVICES, INC., | ) | By: Hon. Glen E. Conrad<br>Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

On January 22-24, 2020, this case came before the court for a jury trial on the plaintiff's claim of disability discrimination. The issues having been tried, and all motions having been ruled on as reflected in the record, the jury returned a verdict in favor of the defendants, as attached hereto. Accordingly, and in implementation of the jury's verdict, it is hereby

**ORDERED**

that judgment is entered in favor of the defendants.

The Clerk is directed to strike this case from the active docket of the court. The Clerk is further directed to send a copy of this judgment to all counsel of record.

DATED: This 28th day of January, 2020.

[signature]
Senior United States District Judge

FILED IN OPEN COURT
DATE: 1/24/20
Susan Moody
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DONALDSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:18CV00097 |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| TRAE-FUELS, LLC and ENVIROTECH SERVICES, INC., | ) | By: Hon. Glen E. Conrad Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

Do you find from a preponderance of the evidence that the plaintiff has met his burden of proof in establishing each element of his claim that the defendants terminated his employment on the basis of disability, in violation of the ADA?

Answer yes or no. no

If you answered "yes" to this question, your verdict will be for the plaintiff. If you answered "no" to this question your verdict will be for the defendants.

1/24/2020
DATE

[signature]
SIGNATURE OF FOREPERSON

Tim Nowaczyk
PRINTED NAME OF FOREPERSON